B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CARRERA, GUADALUPE** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**CARRERA, MARIA S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Maria Carrera** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0616** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6375** |
| Street Address of Debtor (No. and Street, City, and State):<br>**328 N. Prater Avenue**<br>**Northlake, IL**                    ZIP Code **60164** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**328 N. Prater Avenue**<br>**Northlake, IL**                    ZIP Code **60164** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CARRERA, GUADALUPE**<br>**CARRERA, MARIA S.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Gregory D. Bruno</b>                    <b>April 30, 2011</b><br>Signature of Attorney for Debtor(s)              (Date)<br><b>Gregory D. Bruno</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**CARRERA, GUADALUPE**
**CARRERA, MARIA S.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ GUADALUPE CARRERA**
Signature of Debtor  **GUADALUPE CARRERA**

X **/s/ MARIA S. CARRERA**
Signature of Joint Debtor **MARIA S. CARRERA**

Telephone Number (If not represented by attorney)

**April 30, 2011**
Date

### Signature of Attorney*

X **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name

**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**April 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **GUADALUPE CARRERA,**                                    Case No. _____
      **MARIA S. CARRERA**

                                                        Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.       AKA     **Guadalupe Jose Carrera**
2.       AKA     **Guadalupe J. Carrera**
3.       AKA     **Lupe Carrera**
4.       FDBA   **Carrera Granite Works, Inc.**
5.       AKA     **Guadalupe C. Bolivar**
6.       FDBA   **Carrera Developing and Remodeling, Inc.**
7.       DBA    **GC Granite Design, Inc.**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **GUADALUPE CARRERA**
**MARIA S. CARRERA**

Debtor(s)

Case No. _____

Chapter __**7**__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ GUADALUPE CARRERA**
                        **GUADALUPE CARRERA**

Date:   **April 30, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **GUADALUPE CARRERA**
      **MARIA S. CARRERA**                         Case No. _____
                                    Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ MARIA S. CARRERA**
                       **MARIA S. CARRERA**

Date:   **April 30, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 9,175.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 15 | | 1,342,671.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 93 | | 669,979.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,793.43 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,811.66 |
| Total Number of Sheets of ALL Schedules | | 122 | | | |
| | | Total Assets | 9,175.00 | | |
| | | | Total Liabilities | 2,012,650.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

                                         ,     Chapter_____**7**_____
                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,793.43 |
| Average Expenses (from Schedule J, Line 18) | 4,811.66 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,978.16 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 669,979.14 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 669,979.14 |

B6A (Official Form 6A) (12/07)

.

In re    **GUADALUPE CARRERA,**                                          Case No. _____
**MARIA S. CARRERA**
_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **GUADALUPE CARRERA,**
　　　　**MARIA S. CARRERA,**

Case No. _____

　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY

　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.　Cash on hand | | **Cash on hand**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **J** | **100.00** |
| 2.　Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Fifth Third Bank, Melrose Park, Illinois** | **H** | **1,000.00** |
| | | **Checking account**<br>**Chase Bank, Northlake, Illinois** | **J** | **100.00** |
| 3.　Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.　Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of household furniture, to wit:  TV, VCR, DVD player, sofa, end tables, bedroom sets, kitchen table & chairs, cookware, small appliances, computer & printer, cell phone**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **J** | **1,000.00** |
| 5.　Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.　Wearing apparel. | | **Misc. items of man's, woman's and childrens' clothing**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **J** | **1,500.00** |
| 7.　Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, costume jewelry items, watches**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **J** | **250.00** |
| 8.　Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.　Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >　　　　**3,950.00**
(Total of this page)

　**3**　continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**            Case No. _____
    **MARIA S. CARRERA**

                              Debtors        ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock ownership interest in Carrera Granite Works, Inc., formerly an Illinois corporation, which was involuntarily dissolved by the Secretary of State of Illinois on 6/12/2009, and which presently consists of the business name**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | J | 50.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                Sub-Total >       **50.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Ford Escape SUV; 215,000 miles; fair condition Location: 328 N. Prater Avenue, Northlake IL 60164** | W | 2,825.00 |
| | | **1999 Ford F250 pick-up truck; 270,000 miles; fair condition Location: 328 N. Prater Avenue, Northlake IL 60164** | H | 1,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. equipment and tools, to wit:  drills. polishers, sanders, diamond pads, various small hand tools** | J | 400.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **5,175.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                              Debtors

Case No. _____

,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **9,175.00** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **GUADALUPE CARRERA,**                                  Case No. _____
       **MARIA S. CARRERA**
                                                        ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account**<br>**Fifth Third Bank, Melrose Park, Illinois** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Checking account**<br>**Chase Bank, Northlake, Illinois** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. items of household furniture, to wit: TV, VCR, DVD player, sofa, end tables, bedroom sets, kitchen table & chairs, cookware, small appliances, computer & printer, cell phone**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **Misc. items of man's, woman's and childrens' clothing**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit: wedding rings, costume jewelry items, watches**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Stock and Interests in Businesses** | | | |
| **100% stock ownership interest in Carrera Granite Works, Inc., formerly an Illinois corporation, which was involuntarily dissolved by the Secretary of State of Illinois on 6/12/2009, and which presently consists of the business name**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Ford Escape SUV; 215,000 miles; fair condition**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(c)** | **2,825.00** | **2,825.00** |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re    **GUADALUPE CARRERA,**                            Case No. _____
            **MARIA S. CARRERA**

                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **1999 Ford F250 pick-up truck; 270,000 miles; fair condition**<br>**Location: 328 N. Prater Avenue, Northlake IL 60164** | **735 ILCS 5/12-1001(c)** | **1,950.00** | **1,950.00** |
| <u>**Machinery, Fixtures, Equipment and Supplies Used in Business**</u><br>**Misc. equipment and tools, to wit:  drills. polishers, sanders, diamond pads, various small hand tools** | **735 ILCS 5/12-1001(d)** | **400.00** | **400.00** |

| | Total: | **9,175.00** | **9,175.00** |
|---|---|---:|---:|

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **GUADALUPE CARRERA,**                                         Case No. _____
       **MARIA S. CARRERA**
                                                         ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3640021765375** <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Dr St** <br> **Littleton, CO 80124** | | W | Opened 10/04/06  Last Active  8/01/07 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **3640040045759** <br><br> **Aurora Loan Services** <br> **10350 Park Meadows Dr St** <br> **Littleton, CO 80124** | | W | Opened  1/26/07  Last Active  4/11/07 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **113387562** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | J | Opened  9/15/05  Last Active 11/23/10 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **282,293.00** | **Unknown** |
| Account No. **133097912** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | H | Opened  4/06/06  Last Active 12/21/07 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **104,311.00** | **Unknown** |

|  | Subtotal <br> (Total of this page) | **386,604.00** | **0.00** |
|---|---|---|---|

__14__  continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **100156120** <br><br>**Bac Home Loans Servicing 450 American St Simi Valley, CA 93065** | | W | Opened 4/27/06  Last Active 9/30/08 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **110440486** <br><br>**Bac Home Loans Servicing 450 American St Simi Valley, CA 93065** | | H | Opened 8/23/05  Last Active 5/01/06 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **110440494** <br><br>**Bac Home Loans Servicing 450 American St Simi Valley, CA 93065** | | H | Opened 8/23/05  Last Active 5/01/06 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **112995643** <br><br>**Bac Home Loans Servicing 450 American St Simi Valley, CA 93065** | | H | Opened 10/03/05  Last Active 4/28/08 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **121177002** <br><br>**Bac Home Loans Servicing 450 American St Simi Valley, CA 93065** | | W | Opened 12/13/05  Last Active 10/12/06 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. **121194148** | | | | | Opened 12/13/05  Last Active 10/12/06 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | | W | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **123648296** | | | | | Opened  1/24/06  Last Active  9/01/07 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | | H | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **128853784** | | | | | Opened  6/09/06  Last Active  8/21/07 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | | H | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **129248481** | | | | | Opened  6/09/06  Last Active  8/21/07 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | | H | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **133098568** | | | | | Opened  4/06/06  Last Active 10/30/09 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | | H | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **2** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**0.00**            **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**　　　　　　　　　　　　　　Case No. _____
　　　　**MARIA S. CARRERA**

_____,
　　　　　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **41431094** | | | | | Opened 10/14/03  Last Active  8/29/08 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | H | | | mortgage | | | | | |
| | | | | | Value $　　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **41431102** | | | | | Opened 10/14/03 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | H | | | mortgage | | | | | |
| | | | | | Value $　　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **45644602** | | | | | Opened 11/21/03  Last Active  9/01/05 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | H | | | mortgage | | | | | |
| | | | | | Value $　　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **49212383** | | | | | Opened 1/29/04  Last Active  3/01/06 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | H | | | mortgage | | | | | |
| | | | | | Value $　　　　　**Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **54953429** | | | | | Opened 4/08/04  Last Active 11/01/05 | | | | | |
| Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 | | H | | | mortgage | | | | | |
| | | | | | Value $　　　　　**Unknown** | | | | **Unknown** | **Unknown** |

Sheet **3** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**0.00**　　　　**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **54953437**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | **Opened 4/08/04 Last Active 11/01/05**<br><br>**mortgage**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **63372210**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | **Opened 5/28/04 Last Active 9/01/05**<br><br>**mortgage**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **64530016**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | H | **Opened 7/09/04**<br><br>**mortgage**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **67121651**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | W | **Opened 8/06/04 Last Active 6/07/05**<br><br>**mortgage**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **67201677**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | W | **Opened 8/06/04 Last Active 3/01/05**<br><br>**mortgage**<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **4** of **14** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                                                    ,
                    Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **84826383** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | | W | | Opened 11/09/04  Last Active  3/26/07 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **84826663** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | | W | | Opened 11/09/04  Last Active  3/26/07 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **86754693** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | H | | | Opened 11/24/04  Last Active  10/01/05 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **100158728** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | | | J | Opened  5/11/05  Last Active  5/24/10 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **107665960** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | | | | J | Opened  6/10/05  Last Active  1/29/10 <br><br> mortgage <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __5__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**
                                       ,
                         Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | | |
| Account No. **107666792** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | J | | | | Opened 6/10/05  Last Active 7/20/09 <br><br> mortgage <br><br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **2726404** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | J | | | | Opened  5/17/02 <br><br> mortgage <br><br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **31512808** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | H | | | | Opened  6/17/03 <br><br> mortgage <br><br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **45644610** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | H | | | | Opened 11/21/03 <br><br> mortgage <br><br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **90419848** <br><br> **Bac Home Loans Servicing** <br> **450 American St** <br> **Simi Valley, CA 93065** | J | | | | Opened 3/14/05  Last Active 3/20/07 <br><br> mortgage <br><br><br> Value $       **Unknown** | | | | **Unknown** | **Unknown** |

Sheet  **6**  of  **14**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
| --- | --- |
| **0.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**
                                                ,

Case No. _____

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **90419952**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | J | | **Opened 3/14/05 Last Active 3/20/07**<br><br>**mortgage**<br><br><br>Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **96782382**<br><br>**Bac Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | J | | **Opened 4/08/05**<br><br>**mortgage**<br><br><br>Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **1560755902079**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 1093**<br>**Northridge, CA 91328** | W | | **Opened 10/04/06 Last Active 8/01/07**<br><br>**mortgage**<br><br><br>Value $      **Unknown** | | | | **23,914.00** | **Unknown** |
| Account No. **1001000000000772558656**<br><br>**Chase / Chase Bank USA, N.A.**<br>**3990 S Babcock St**<br>**Melbourne, FL 32901** | H | | **Opened 6/04/07 Last Active 9/01/07**<br><br>**mortgage**<br><br><br>Value $      **Unknown** | | | | **17,673.00** | **Unknown** |
| Account No. **1563013743772**<br><br>**Chase / Chase Bank USA, N.A.**<br>**Po Box 1093**<br>**Northridge, CA 91328** | H | | **Opened 6/04/07 Last Active 8/01/07**<br><br>**mortgage**<br><br><br>Value $      **Unknown** | | | | **Unknown** | **Unknown** |

Sheet  **7**  of  **14**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **41,587.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1563013744663** <br><br> **Chase / Chase Bank USA, N.A.** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | H | **Opened 5/22/07  Last Active 11/01/07** <br><br> **mortgage** <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **1565304570269** <br><br> **Chase / Chase Bank USA, N.A.** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | H | **Opened 4/06/06  Last Active 8/01/07** <br><br> **mortgage** <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **1002518737** <br><br> **Chrysler Financial** <br> **999 Oakmont Plaza Dr** <br> **Westmont, IL 60559** | | J | **Opened 6/17/99** <br><br> **auto loan of record** <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **6100816-2711271581** <br><br> **Citibank, N.A.** <br> **PO Box 769006** <br> **San Antonio, TX 78245** | | W | **Opened 11/14/05  Last Active 9/01/07** <br><br> **mortgage** <br><br><br> Value $          **Unknown** | | | | **119,400.00** | **Unknown** |
| Account No. **6100816-2710499563** <br><br> **Citibank, N.A.** <br> **Po Box 769006** <br> **San Antonio, TX 78245** | | W | **Opened 6/22/05  Last Active 4/13/06** <br><br> **mortgage** <br><br><br> Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **8**___ of **14**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **119,400.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2710275542** <br><br> **Citibank, N.A.** <br> **Po Box 769006** <br> **San Antonio, TX 78245** | | J | Opened 5/25/05  Last Active 6/27/06 <br><br> mortgage <br><br><br> Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **865407571** <br><br> **Fifth Third Bank** <br> **Fifth Third Center** <br> **Cincinnati, OH 45263** | | W | Opened  4/03/07  Last Active 3/28/08 <br><br> auto loan <br><br><br> Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **274501733083** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Troy, MI 48098** | | J | Opened 11/16/07  Last Active 6/01/09 <br><br> mortgage <br><br><br> Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **274501785588** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Troy, MI 48098** | | J | Opened 12/05/07  Last Active 8/01/09 <br><br> mortgage <br><br><br> Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **31168392** <br><br> **Ford Credit** <br> **Po Box Box 542000** <br> **Omaha, NE 68154** | | J | Opened  6/21/02 <br><br> old auto loan of record <br><br><br> Value $        **Unknown** | | | | **Unknown** | **Unknown** |

Sheet <u>**9**</u> of <u>**14**</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
  **MARIA S. CARRERA**
                                                        Case No. _____
                                                                ,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **154901170103** | | | | Opened 6/14/03 Last Active 9/16/05 | | | | | |
| **G M A C** 15303 S 94th Ave Orland Park, IL 60462 | | J | | old auto loan of record | | | | | |
| | | | | Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **7442186029** | | | | Opened 10/04/06 Last Active 8/01/07 | | | | | |
| **GMAC Mortgage** 3451 Hammond Ave Waterloo, IA 50702 | | W | | mortgage | | | | | |
| | | | | Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **66017695** | | | | Opened 12/23/98 | | | | | |
| **Harris Trust & Savings** 111 W Monroe St Chicago, IL 60603 | | J | | mortgage | | | | | |
| | | | | Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **596573079** | | | | Opened 12/05/07 Last Active 7/14/10 | | | | | |
| **Nationstar Mortgage LLC** 350 Highland Dr Lewisville, TX 75067 | | J | | mortgage | | | | | |
| | | | | Value $     **Unknown** | | | | **382,850.00** | **Unknown** |
| Account No. **596570024** | | | | Opened 11/16/07 Last Active 6/11/10 | | | | | |
| **Nationstar Mortgage LLC** 350 Highland Dr Lewisville, TX 75067 | | J | | mortgage | | | | | |
| | | | | Value $     **Unknown** | | | | **247,166.00** | **Unknown** |

Sheet __10__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **630,016.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**

Case No. _____

_____,
          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **448929816127** | | | | | Opened 7/22/04  Last Active 5/23/05 | | | | | |
| **Ncb Ne Er** **4661 E Main St** **Columbus, OH 43213** | | | J | | mortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **448929816212** | | | | | Opened 5/19/05  Last Active 11/25/07 | | | | | |
| **Ncb Ne Er** **4661 E Main St** **Columbus, OH 43213** | | | J | | mortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **6681010374963** | | | | | Opened 8/20/07  Last Active 10/01/07 | | | | | |
| **OneWest Bank** **6900 Beatrice Dr** **Kalamazoo, MI 49009** | | H | | | mortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **4330003987534** | | | | | Opened 4/13/05  Last Active 8/09/07 | | | | | |
| **Pnc Mortgage** **6 N Main St** **Dayton, OH 45402** | | | W | | mortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **4330004423364** | | | | | Opened 11/21/05  Last Active 12/11/06 | | | | | |
| **Pnc Mortgage** **6 N Main St** **Dayton, OH 45402** | | | W | | mortgage | | | | | |
| | | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __11__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

          **0.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
        **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **4333598525** | | | | | Opened 9/17/04 Last Active 8/15/05 | | | | | |
| **Pnc Mortgage** **6 N Main St** **Dayton, OH 45402** | J | | | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **6267226** | | | | | Opened 5/01/03 | | | | | |
| **Principal Residentl Mtg** **711 High St** **Des Moines, IA 50392** | H | | | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **6287077** | | | | | Opened 6/01/03 | | | | | |
| **Principal Residentl Mtg** **711 High St** **Des Moines, IA 50392** | H | | | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **107666792** | | | | | Opened 6/10/05 Last Active 10/18/10 | | | | | |
| **Real Time Resolutions** **1750 Regal Row** **Dallas, TX 75235** | J | | | | credit loan Collection on account | | | | | |
| | | | | | Value $            **Unknown** | | | | **13,659.00** | **Unknown** |
| Account No. **5157850002928** | | | | | Opened 1/29/99 | | | | | |
| **U.S. Bank Home Mortgage** **4801 Frederica St** **Owensboro, KY 42301** | H | | | | mortgage | | | | | |
| | | | | | Value $            **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __12__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **13,659.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**                              Case No. _____

                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **65065072847640001** | | | Opened 3/03/05  Last Active 8/01/07 | | | | | |
| **Wells Fargo Bank NV NA** **PO Box 31557** **Billings, MT 59107** | | W | mortgage | | | | | |
| | | | Value $          **Unknown** | | | | **84,973.00** | **Unknown** |
| Account No. | | | | | | | | |
| **RCS Recovery Services, LLC** **1449 West Palmetto Park Road** **Suite 140** **Boca Raton, FL 33486** | | | Representing: Wells Fargo Bank NV NA | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **65065080054860001** | | | Opened 5/04/05  Last Active 7/17/08 | | | | | |
| **Wells Fargo Bank NV NA** **PO Box 31557** **Billings, MT 59107** | | W | mortgage | | | | | |
| | | | Value $          **Unknown** | | | | **66,432.00** | **Unknown** |
| Account No. | | | | | | | | |
| **RCS Recovery Services, LLC** **1449 West Palmetto Park Road** **Suite 140** **Boca Raton, FL 33486** | | | Representing: Wells Fargo Bank NV NA | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **7080037356433** | | | Opened 12/26/03  Last Active 8/01/07 | | | | | |
| **Wells Fargo Home Mortgage** **8480 Stagecoach Cir** **Frederick, MD 21701** | | H | mortgage | | | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __13__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                   Subtotal          **151,405.00**          **0.00**
                            (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
        **MARIA S. CARRERA**                                 Case No. _____

                                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| RCS Recovery Services, LLC 1449 West Palmetto Park Road Suite 140 Boca Raton, FL 33486 | | | Representing: Wells Fargo Home Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **7080152943338** | | | Opened  6/09/06  Last Active  5/25/07 mortgage | | | | | |
| Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | H | | | | | | |
| | | | Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| RCS Recovery Services, LLC 1449 West Palmetto Park Road Suite 140 Boca Raton, FL 33486 | | | Representing: Wells Fargo Home Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **7080022093975** | | | Opened  3/31/03  Last Active 10/15/07 mortgage | | | | | |
| Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | J | | | | | | |
| | | | Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| RCS Recovery Services, LLC 1449 West Palmetto Park Road Suite 140 Boca Raton, FL 33486 | | | Representing: Wells Fargo Home Mortgage | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __14__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                            Subtotal
                                    (Total of this page)         **0.00**         **0.00**

                                              Total
                        (Report on Summary of Schedules)     **1,342,671.00**         **0.00**

B6E (Official Form 6E) (4/10)

.

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                      Debtors

Case No. _____

,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Claim and lien for unpaid taxes** | | | | | | |
| **Dept. of Treasury - I.R.S.** c/o U.S. Attorney 219 S. Dearborn Street Chicago, IL 60604 | | J | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | | **Unknown** |
| Account No. | | | **Claim for unpaid taxes** | | | | | | |
| **Illinois Department of Revenue** PO Box 19006 Springfield, IL 62794 | | J | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 |  |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **GUADALUPE CARRERA,**
  **MARIA S. CARRERA**
  _____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Customer No. 7290781** <br><br> **ADT Security Services** <br> **P.O. Box 650485** <br> **Dallas, TX 75265** | | J | **2009 - 2010** <br> **Claim for balance due on account for service for 328 N. Prater, Northlake, IL** | | | | 179.95 |
| Account No. **8255909641688947** <br><br> **Afni, Inc.** <br> **P.O. Box 3427** <br> **Bloomington, IL 61702** | | J | **on or about 2008 - 2009** <br> **Claim for balance due on account** | | | | 789.34 |
| Account No. <br><br> **CBE Group** <br> **131 Tower Park Drive, Ste. 100** <br> **Waterloo, IA 50701** | | | **Representing:** <br> **Afni, Inc.** | | | | Notice Only |
| Account No. **Policy No. 000000911700738** <br><br> **Allstate Indemnity Company** <br> **75 Executive Parkway** <br> **Hudson, OH 44237** | | J | **2007 - 2008** <br> **Claim for balance due on account for landlords package inurance for 328 LaPorte, Northlake, IL** | | | | Unknown |

__92__  continuation sheets attached

Subtotal
(Total of this page)

969.29

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:31062-110412    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Policy No. 912 429 713**<br><br>**Allstate Indemnity Company**<br>**75 Executive Parkway**<br>**Hudson, OH 44237** | | J | **2007 - 2008**<br>**Claim for balance due on account for renters insurance for 328 Prater, Northlake, IL** | | | | 305.30 |
| Account No. **Policy No. 102 218 243**<br><br>**Allstate Insurance Company**<br>**Allstate Property & Casualty Ins Co**<br>**75 Executive Parkway**<br>**Hudson, OH 44237** | | J | **2007 - 2008**<br>**Claim for balance due on account for auto insurance** | | | | 874.92 |
| Account No. 0021765375<br><br>**Aurora Loan Services**<br>**PO Box 1706**<br>**Scottsbluff, NE 69363** | | J | **on or about 2007 - 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | Unknown |
| Account No.<br><br>**Aurora Loan Services**<br>**PO Box 1706**<br>**Scottsbluff, NE 69363** | | J | **2005 to present**<br>**Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | Unknown |
| Account No. 2600000770003<br><br>**Bally Total Fitness**<br>**12440 E Imperial Hwy #30**<br>**Norwalk, CA 90650** | | H | **Opened  9/18/01  Last Active  9/21/04**<br>**Credit account** | | | | 0.00 |

Sheet no. __1__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,180.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                                           ,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2605629200001 <br><br> **Bally Total Fitness** <br> **12440 E Imperial Hwy #30** <br> **Norwalk, CA 90650** | | W | **Opened 11/24/08  Last Active  8/03/09** <br> **Claim due on account** | | | | 399.00 |
| Account No. <br><br> **Allied Interstate, Inc.** <br> **3000 Corporate Exchange Drive** <br> **Columbus, OH 43231** | | | **Representing:** <br> **Bally Total Fitness** | | | | Notice Only |
| Account No. 2605629203005 <br><br> **Bally Total Fitness** <br> **12440 E Imperial Hwy #30** <br> **Norwalk, CA 90650** | | W | **Opened 11/24/08  Last Active  8/03/09** <br> **Claim due on account** | | | | 399.00 |
| Account No. <br><br> **Monarch Recovery Management Inc.** <br> **(formerly Academy Collection Svc)** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154** | | | **Representing:** <br> **Bally Total Fitness** | | | | Notice Only |
| Account No. 4264295999677783 <br><br> **Bank of America, NA** <br> **P.O. Box 17054** <br> **Wilmington, DE 19850** | | H | **Opened  7/08/02  Last Active 10/01/07** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 23,112.02 |

Sheet no. __2___ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,910.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**                              Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Associated Recovery Systems** <br>**P.O. Box 469046** <br>**Escondido, CA 92046** | | | Representing: <br>**Bank of America, NA** | | | | **Notice Only** |
| Account No. <br><br>**Frederick J. Hanna & Associates** <br>**1655 Enterprise Way** <br>**Marietta, GA 30067** | | | Representing: <br>**Bank of America, NA** | | | | **Notice Only** |
| Account No. **5490353999191710** <br><br>**Bank of America, NA** <br>**P.O. Box 17054** <br>**Wilmington, DE 19850** | | H | **Opened  5/24/99  Last Active 12/01/07** <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **11,016.05** |
| Account No. <br><br>**Capital Management Services, LP** <br>**726 Exchange Street, Ste. 700** <br>**Buffalo, NY 14210** | | | Representing: <br>**Bank of America, NA** | | | | **Notice Only** |
| Account No. <br><br>**Creditors Financial Group, LLC** <br>**3131 S. Vaughn Way, Ste. 110** <br>**Aurora, CO 80014** | | | Representing: <br>**Bank of America, NA** | | | | **Notice Only** |

Sheet no. __**3**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                                    Subtotal
                             (Total of this page)      **11,016.05**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Financial Asset Mgmt Systems, Inc** <br> **P.O. Box 451409** <br> **Atlanta, GA 31145** | | | **Representing:** <br> **Bank of America, NA** | | | | **Notice Only** |
| Account No. <br><br> **National Enterprise Systems** <br> **29125 Solon Road** <br> **Solon, OH 44139** | | | **Representing:** <br> **Bank of America, NA** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 17080** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Bank of America, NA** | | | | **Notice Only** |
| Account No. <br><br> **Northstar Location Services, LLC** <br> **4285 Genesee Street** <br> **Cheektowaga, NY 14225** | | | **Representing:** <br> **Bank of America, NA** | | | | **Notice Only** |
| Account No. **4264 2951 9111 1409** <br><br> **Bank of America, NA** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886** | | J | on or about 2005 - 2009 <br> **Credit account** | | | | **Unknown** |

Sheet no. __4__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5490-3536-7307-7722** <br><br> **Bank of America, NA** <br> **P.O. Box 15726** <br> **Wilmington, DE 19886** | | J | on or about 2005 - 2009 <br> Credit account | | | | **Unknown** |
| Account No. **7021-2702-3105-2688** <br><br> **Best Buy Co., Inc.** <br> **c/o Retail Services** <br> **P.O. Box 17298** <br> **Baltimore, MD 21297** | | J | on or about 2006 - 2008 <br> Claim due on account for merchandise purchased on credit | | | | **7,926.74** |
| Account No. **5178057267762933** <br><br> **Capital One** <br> **Capital One Bank (USA), N.A.** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | | H | Opened 8/31/07 Last Active 11/01/07 <br> Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | **1,435.38** |
| Account No. <br><br> **AllianceOne Receivables Mgmt Inc.** <br> **P.O. Box 211128** <br> **Eagan, MN 55121** | | | Representing: <br> Capital One | | | | **Notice Only** |
| Account No. <br><br> **Allied Interstate, Inc.** <br> **3000 Corporate Exchange Drive** <br> **Columbus, OH 43231** | | | Representing: <br> Capital One | | | | **Notice Only** |

Sheet no. **5** of **92** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,362.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**                                     Case No. _____
         **MARIA S. CARRERA**

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5291492040726651** | | | | | Opened  9/05/01  Last Active  5/01/02 Credit account | | | | |
| **Capital One** **Capital One Bank (USA), N.A.** **P.O. Box 85520** **Richmond, VA 23285** | | W | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. **12-0870-4491** | | | | | on or about 2005 - 2009 Claim due on account for merchandise purchased on credit | | | | |
| **Carsons / Carson Pirie Scott** **c/o Retail Services** **P.O. Box 17264** **Baltimore, MD 21297** | | J | | | | | | | |
| | | | | | | | | | **3,574.50** |
| Account No. | | | | | Representing: Carsons / Carson Pirie Scott | | | | |
| **Central Portfolio Control** **6640 Shady Oak Road, #300** **Eden Prairie, MN 55344** | | | | | | | | | **Notice Only** |
| Account No. **7300030002094294** | | | | | on or about 2006 - 2009 Claim due on account | | | | |
| **CCS** **Credit Service Division** **P.O. Box 17800** **Las Vegas, NV 89114** | | J | | | | | | | |
| | | | | | | | | | **29.99** |
| Account No. **55601400146** | | | | | Opened  1/02/02 Credit account | | | | |
| **Chase** **Po Box 71** **Phoenix, AZ 85001** | | H | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __6___ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,604.49**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**                                                    Case No. _____
       **MARIA S. CARRERA**
                                                             ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4559909551119364**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | H | **Opened  6/17/02  Last Active 12/19/05**<br>**Credit account** | | | | **0.00** |
| Account No. **152300610458**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened 12/13/01  Last Active  4/14/08**<br>**Credit account** | | | | **Unknown** |
| Account No. **Ref No. 10314953**<br><br>**Chase Bank USA, N.A.**<br>**c/o Allied Data Corp.**<br>**13111 Westheimer, Ste. 400**<br>**Houston, TX 77077** | | J | **on or about 2005 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,801.58** |
| Account No. **5304570269**<br><br>**Chase Home Finance LLC**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | J | **on or about 2007 - 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No.<br><br>**Chase Home Finance LLC**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | | J | **2005 to present**<br>**Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |

Sheet no. __**7**___ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,801.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5424180460514265** | | J | **Opened 1/01/95 Last Active 3/18/05** **Credit account** | | | | |
| **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | | | | | | **0.00** |
| Account No. **546616004651** | | W | **Opened 8/03/06** **Credit account** | | | | |
| **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | | | | | | **Unknown** |
| Account No. **6035 3201 6027 2595** | | J | **on or about 2005 - 2008** **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | |
| **Citibank (South Dakota), N.A.** **c/o Home Depot Credit Services** **P.O. Box 6029** **The Lakes, NV 88901** | | | | | | | **7,015.42** |
| Account No. | | | **Representing:** **Citibank (South Dakota), N.A.** | | | | |
| **Firstsource Advantage, LLC** **P.O. Box 628** **Buffalo, NY 14240** | | | | | | | **Notice Only** |
| Account No. | | | **Representing:** **Citibank (South Dakota), N.A.** | | | | |
| **NCO Financial Systems** **P.O. Box 15081** **Wilmington, DE 19850** | | | | | | | **Notice Only** |

Sheet no. __**8**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,015.42**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035320051670766** <br><br> **Citibank (South Dakota), N.A.** <br> **c/o Home Depot Credit Services** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901** | | J | **on or about 2005 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **20,129.51** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **6035320679689503** <br><br> **Citibank (South Dakota), N.A.** <br> **c/o Home Depot Credit Services** <br> **P.O. Box 6029** <br> **The Lakes, NV 88901** | | J | **on or about 2005 - 2008** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **4,199.90** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **5082 2900 1131 7366** <br><br> **Citibank (South Dakota), N.A.** <br> **CitiBusiness Platinum Select Card** <br> **P.O. Box 688904** <br> **Des Moines, IA 50368** | | J | **on or about 2005 - 2008** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **22,267.62** |

Sheet no. __**9**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,597.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**
                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Financial Systems**<br>**P.O. Box 15081**<br>**Wilmington, DE 19850** | | | **Representing:**<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. <br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. 5588 2800 0563 3133<br><br>**Citibank (South Dakota), N.A.**<br>**CitiBusiness Platinum Select Card**<br>**P.O. Box 688904**<br>**Des Moines, IA 50368** | | J | **on or about 2005 - 2008**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **9,252.14** |
| Account No. 5049 9403 1220 2863<br><br>**Citibank (South Dakota), N.A.**<br>**c/o Sears Credit Cards**<br>**P.O. Box 183081**<br>**Columbus, OH 43218** | | J | **on or about 2005 - 2008**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **752.37** |
| Account No. <br><br>**NCO Financial Systems**<br>**P.O. Box 15081**<br>**Wilmington, DE 19850** | | | **Representing:**<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |

Sheet no. __**10**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,004.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
　　　　**MARIA S. CARRERA**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | Representing:<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **5049-9410-5185-6323**<br><br>**Citibank (South Dakota), N.A.**<br>**c/o Sears Credit Cards**<br>**P.O. Box 183081**<br>**Columbus, OH 43218** | | J | on or about 2005 - 2008<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **2,440.84** |
| Account No.<br><br>**National Enterprise Systems**<br>**29125 Solon Road**<br>**Solon, OH 44139** | | | Representing:<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **5121 0719 5919 4717**<br><br>**Citibank (South Dakota), N.A.**<br>**c/o Sears Credit Cards**<br>**P.O. Box 183082**<br>**Columbus, OH 43218** | | J | 2005 - 2009<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,290.55** |
| Account No.<br><br>**Academy Collection Service, Inc.**<br>**P.O. Box 16119**<br>**Philadelphia, PA 19114** | | | Representing:<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |

Sheet no. __**11**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,731.39**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                                                ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Citi Cards** <br>**P.O. Box 45129** <br>**Jacksonville, FL 32232** | | | **Representing:** <br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **5049 9480 5540 9439** <br><br>**Citibank (South Dakota), N.A.** <br>**c/o Sears Credit Cards** <br>**P.O. Box 183081** <br>**Columbus, OH 43218** | | J | **on or about 2005 - 2008** <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **3,285.61** |
| Account No. <br><br>**United Collection Bureau, Inc.** <br>**5620 Southwyck Blvd., Ste. 206** <br>**Toledo, OH 43614** | | | **Representing:** <br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No. **Case No. 2007 CH 37493** <br><br>**Citibank, N.A.** <br>**c/o Martin F. Hauselman** <br>**39 S. LaSalle Street** <br>**Chicago, IL 60603** | | J | **on or about 2007 - 2010** <br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br>**Citibank, N.A.** <br>**PO Box 209012** <br>**Brooklyn, NY 11220** | | J | **2005 to present** <br>**Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |

Sheet no. __**12**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,285.61**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**
                                           ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2711271581**<br><br>**CitiMortgage**<br>**1111 Northpoint Drive, Ste. 100**<br>**Coppell, TX 75019** | | J | | on or about 2007 - 2008<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No.<br><br>**American Coradius International LLC**<br>**6341 Inducon Drive East**<br>**Sanborn, NY 14132** | | | | **Representing:**<br>**CitiMortgage** | | | | **Notice Only** |
| Account No.<br><br>**CitiMortgage**<br>**1111 Northpoint Drive, Ste. 100**<br>**Coppell, TX 75019** | | J | | **2005 to present**<br>**Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |
| Account No.<br><br>**CitiMortgage Inc**<br>**P.O. Box 9438**<br>**Gaithersburg, MD 20898** | | J | | **2005 to present**<br>**Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |
| Account No. **1362713**<br><br>**City of Northlake, Illinois**<br>**c/o Municipal Collection Services**<br>**P.O. Box 666**<br>**Lansing, IL 60438** | | J | | **6/9/09**<br>**Claim for balance due on account of municipal code violation** | | | | **100.00** |

Sheet no. __**13**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11317278**<br><br>**Com Ed**<br>**c/o Harvard Collection Services Inc**<br>**4839 N. Elston Avenue**<br>**Chicago, IL 60630** | | J | on or about 2005 - 2008<br>**Utility service** | | | | **108.02** |
| Account No. **8798201690242253**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398** | | J | on or about 2008- 2009<br>**Claim due on account** | | | | **421.68** |
| Account No. **01-020000-8798201810105398**<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398** | | J | on or about 2007 - 2008<br>**Claim due on account** | | | | **296.52** |
| Account No.<br><br>**Credit Protection Association**<br>**13355 Noel Rd., Ste 2100**<br>**Dallas, TX 75240** | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No. **08 0213 08531 / 3252036019**<br><br>**Commonwealth Edison**<br>**c/o Credit Collection Services**<br>**Two Wells Avenue**<br>**Newton Center, MA 02459** | | J | on or about 2005 - 2008<br>**Utility service** | | | | **639.98** |

Sheet no. **14** of **92** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,466.20**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6012500117647729** <br><br> **Consecofinance** <br> **345 St Peter/900 Landmk** <br> **Saint Paul, MN 55102** | | H | **Opened 4/25/00** <br> **Charge Account** | | | | **Unknown** |
| Account No. **6012501530259381** <br><br> **Consecofinance** <br> **345 St Peter/900 Landmk** <br> **Saint Paul, MN 55102** | | J | **Opened 11/28/98** <br> **Charge Account** | | | | **Unknown** |
| Account No. **File No. 360452-1** <br><br> **Continental Western Insurance** <br> **c/o Wilber Law Firm, P.C.** <br> **P.O. Box 2155** <br> **Bloomington, IL 61702** | | J | **on or about 2006 - 2007** <br> **Claim for balance due on account** | | | | **1,325.23** |
| Account No. <br><br> **Contractor Supply Warehouse, Inc.** <br> **P.O. Box 4733** <br> **Asheboro, NC 27204** | | J | **on or about 2005 - 2008** <br> **Claim due on account for merchandise purchased on credit** | | | | **1,383.38** |
| Account No. **Case No. 2008 CH 00540** <br><br> **Countrywide Home Loans** <br> **c/o Codilis & Associates, P.C.** <br> **15W030 N. Frontage Road, Ste. 100** <br> **Burr Ridge, IL 60527** | | J | **on or about 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |

Sheet no. __15__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,708.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **112995643** **Countrywide Home Loans** **Special Loans Dept., SV2-83** **PO Box 10227** **Van Nuys, CA 91410** | | J | | | **on or about 2007 - 2008** **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **123648296** **Countrywide Home Loans** **PO Box 650225** **Dallas, TX 75265** | | J | | | **on or about 2007 - 2008** **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **133097912** **Countrywide Home Loans** **PO Box 650070** **Dallas, TX 75265** | | J | | | **on or about 2007 - 2008** **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **041431094** **Countrywide Home Loans** **PO Box 650070** **Dallas, TX 75265** | | J | | | **on or about 2007 - 2008** **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **Countrywide Home Loans** **PO Box 650070** **Dallas, TX 75265** | | J | | | **2005 to present** **Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |

Sheet no. __**16**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Case No. 2007 CH 37267**<br><br>**Countrywide Home Loans Inc.**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn, #1300**<br>**Chicago, IL 60602** | J | | | **on or about 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **Case No. 2007 CH 34393**<br><br>**Deutsche Bank National**<br>**c/o Codilis & Associates, P.C.**<br>**15W030 N. Frontage Road**<br>**Burr Ridge, IL 60527** | J | | | **on or about 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **Case No. 2007 CH 002874**<br><br>**Deutsche Bank National Trust Co.**<br>**c/o Pierce & Associates**<br>**1 N. Dearborn**<br>**Chicago, IL 60602** | J | | | **on or about 2007 - 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **Case No. 2007 CH 34393**<br><br>**Deutsche Bank Trust Company**<br>**c/o Codilis & Associates, P.C.**<br>**15W030 N. Frontage Road**<br>**Burr Ridge, IL 60527** | J | | | **on or about 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. 723997690<br><br>**Direct Brands**<br>**c/o Allied Interstate, Inc.**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | J | | | **on or about 2006 - 2009**<br>**Claim due on account for merchandise purchased on credit** | | | | **129.87** |

Sheet no. __17__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**129.87**

| | |
|---|---|
| | **129.87** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Allied Interstate, Inc.** <br> **P.O. Box 6124** <br> **Carol Stream, IL 60197** | | | **Representing:** <br> **Direct Brands** | | | | **Notice Only** |
| Account No. **Case No. 2009 M1-172467** <br><br> **Discover Bank** <br> **c/o Baker & Miller** <br> **29 N. Wacker Drive, Ste. 500** <br> **Chicago, IL 60606** | | J | **October 22, 2009** <br> **Ex-parte judgment against Debtor, Maria Carrera for monies owed, plus court costs and statutory interest, in lawsuit filed In Circuit Court of Cook County, IL Case No. 2009 M1-172467** | | | | **9,563.89** |
| Account No. **6011007587744219** <br><br> **Discover Card / Discover Bank** <br> **Discover Financial Services LLC** <br> **P.O. Box 15316** <br> **Wilmington, DE 19850** | | W | **Opened 3/22/07 Last Active 9/24/07** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **7,901.65** |
| Account No. <br><br> **Baker & Miller, P.C.** <br> **29 N. Wacker Drive, Ste. 500** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Discover Card / Discover Bank** | | | | **Notice Only** |
| Account No. <br><br> **Encore Receivable Management Inc.** <br> **400 N. Rogers Road** <br> **P.O. Box 7000** <br> **Olathe, KS 66063** | | | **Representing:** <br> **Discover Card / Discover Bank** | | | | **Notice Only** |

Sheet no. __**18**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,465.54**

B6F (Official Form 6F) (12/07) - Cont.

In re **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Simm Associates, Inc.**<br>**P.O. Box 7526**<br>**Newark, DE 19714** | | | | **Representing:**<br>**Discover Card / Discover Bank** | | | | **Notice Only** |
| Account No. **8255909641688947** <br><br>**DISH Network**<br>**Dept 0063**<br>**Palatine, IL 60055** | | J | | **on or about 2007 - 2008**<br>**Claim for balance due on account** | | | | **789.34** |
| Account No. <br><br>**Afni, Inc.**<br>**P.O. Box 3427**<br>**Bloomington, IL 61702** | | | | **Representing:**<br>**DISH Network** | | | | **Notice Only** |
| Account No. <br><br>**CBE Group**<br>**131 Tower Park Drive, Ste. 100**<br>**Waterloo, IA 50701** | | | | **Representing:**<br>**DISH Network** | | | | **Notice Only** |
| Account No. <br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | | **Representing:**<br>**DISH Network** | | | | **Notice Only** |

Sheet no. __**19**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **789.34**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
         **MARIA S. CARRERA**
                                                                          Case No. _____

                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13566438<br><br>**Dupage County Clerk**<br>**c/o AllianceOne**<br>**6565 Kimball Dr. Suite 200**<br>**Gig Harbor, WA 98335** | | H | **Opened  4/17/07**<br>**Claim for balance due on account** | | | | **1,000.00** |
| Account No.<br><br>**Emerald Hills Condominium Assoc.**<br>**1908 Wright Blvd.**<br>**Schaumburg, IL 60193** | | J | **on or about 2005 - 2008**<br>**Claim for balance due for association fees, costs, interest and all other related charges and expenses** | | | | **Unknown** |
| Account No. N035085473<br><br>**Ever Safe Security Systems Inc.**<br>**c/o Rosenthal, Morgan, and Thomas,**<br>**12747 Olive Blvd, Ste. 250**<br>**Saint Louis, MO 63141** | | J | **on or about 2006 - 2009**<br>**Claim for balance due on account for services rendered** | | | | **1,316.28** |
| Account No. 4264 2951 9111 1409<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | **on or about 2005 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **Unknown** |
| Account No. 5490-3536-7307-7722<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | **on or about 2005 - 2009**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **Unknown** |

Sheet no. __20__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,316.28**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4264-2959-9967-7783**<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | **Opened 7/08/02 Last Active 10/01/07**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **23,112.02** |
| Account No.<br><br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046** | | | **Representing:**<br>**FIA Card Services** | | | | **Notice Only** |
| Account No.<br><br>**Frederick J. Hanna & Associates**<br>**1655 Enterprise Way**<br>**Marietta, GA 30067** | | | **Representing:**<br>**FIA Card Services** | | | | **Notice Only** |
| Account No. **5490-3539-9919-1710**<br><br>**FIA Card Services**<br>**FIA Card Services, N.A.**<br>**P.O. Box 851001**<br>**Dallas, TX 75285** | | J | **Opened 5/24/99 Last Active 12/01/07**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **11,016.05** |
| Account No.<br><br>**Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | | **Representing:**<br>**FIA Card Services** | | | | **Notice Only** |

Sheet no. **21** of **92** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,128.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditors Financial Group, LLC 3131 S. Vaughn Way, Ste. 110 Aurora, CO 80014 | | | Representing: FIA Card Services | | | | Notice Only |
| Account No. | | | | | | | |
| Financial Asset Mgmt Systems, Inc P.O. Box 451409 Atlanta, GA 31145 | | | Representing: FIA Card Services | | | | Notice Only |
| Account No. | | | | | | | |
| National Enterprise Systems 29125 Solon Road Solon, OH 44139 | | | Representing: FIA Card Services | | | | Notice Only |
| Account No. | | | | | | | |
| NCO Financial Systems P.O. Box 15081 Wilmington, DE 19850 | | | Representing: FIA Card Services | | | | Notice Only |
| Account No. | | | | | | | |
| Northstar Location Services, LLC 4285 Genesee Street Cheektowaga, NY 14225 | | | Representing: FIA Card Services | | | | Notice Only |

Sheet no. __22__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
         **MARIA S. CARRERA**                                          Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 301-9981711 <br><br> **Fifth Third Bank** <br> **c/o Regional Adjustment Bureau, Inc** <br> **7000 Goodlett Farms Pkwy, Box 34111** <br> **Memphis, TN 38016** | | | J | | **2005 - 2007** <br> **Claim for balance due on account** | | | | 44,543.94 |
| Account No. 865407571 / 6905063 <br><br> **Fifth Third Bank (Chicago)** <br> **c/o Weltman, Weinberg & Reis Co.** <br> **323 W. Lakeside Avenue, Ste. 200** <br> **Cleveland, OH 44113** | | | J | | **Claim for balance due on account after auto repossession and sale** | | | | 13,850.76 |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd.** <br> **Saint Charles, MO 63301** | | | | | **Representing:** <br> **Fifth Third Bank (Chicago)** | | | | Notice Only |
| Account No. <br><br> **Fifth Third Bank** <br> **PO Box 598** <br> **Amelia, OH 45102** | | | | | **Representing:** <br> **Fifth Third Bank (Chicago)** | | | | Notice Only |
| Account No. 54426 / 4418029103428642 <br><br> **First BankCard** <br> **c/o Platinum Recovery Solutions** <br> **P.O. Box 541090** <br> **Omaha, NE 68154** | | | J | | **2004 - 2007** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 10,937.52 |

Sheet no. __23__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        69,332.22

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 4418-0291-0342-8642<br><br>First National Bank Omaha<br>P.O. Box 2557<br>Omaha, NE 68103 | | J | | 2005 - 2009<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 12,730.35 |
| Account No. 293596454698963<br><br>Fnb Omaha<br>P.O. Box 3412<br>Omaha, NE 68197 | | J | | Opened 7/01/94 Last Active 3/14/05<br>Credit account | | | | 0.00 |
| Account No. 6018 5951 0217 8734<br><br>Gap<br>P.O. Box 530942<br>Atlanta, GA 30353 | | J | | 2006 - 2008<br>Claim due on account for merchandise purchased on credit | | | | 514.70 |
| Account No.<br><br>Encore Receivable Management Inc.<br>400 N. Rogers Road<br>P.O. Box 7000<br>Olathe, KS 66063 | | | | Representing:<br>Gap | | | | Notice Only |
| Account No.<br><br>Professional Bureau of Collections of Maryland, Inc.<br>P.O. Box 628<br>Elk Grove, CA 95759 | | | | Representing:<br>Gap | | | | Notice Only |

Sheet no. __24__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,245.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**    Case No. _____
     **MARIA S. CARRERA**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **325284043**<br><br>**GE Capital**<br>**c/o Weltman, Weinberg & Reis Co.**<br>**175 South 3rd Street, Ste. 900**<br>**Columbus, OH 43215** | | J | **2005 - 2008**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,875.68** |
| Account No. **6008892486539956**<br><br>**GE Capital**<br>**c/o Academy Collection Service, Inc**<br>**P.O. Box 16119**<br>**Philadelphia, PA 19114** | | J | **2005 - 2008**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,808.03** |
| Account No. **6008891297252742**<br><br>**GE Capital - JCPenney Consumer**<br>**c/o Redline Recovery Services, LLC**<br>**11675 Rainwater Drive, Ste. 350**<br>**Alpharetta, GA 30009** | | J | **2006 - 2008**<br>**Claim due on account for merchandise purchased on credit** | | | | **1,964.27** |
| Account No.<br><br>**Central Credit Services, Inc.**<br>**P.O. Box 15118**<br>**Jacksonville, FL 32239** | | | **Representing:**<br>**GE Capital - JCPenney Consumer** | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**P.O. Box 100029**<br>**Kennesaw, GA 30156** | | | **Representing:**<br>**GE Capital - JCPenney Consumer** | | | | **Notice Only** |

Sheet no. __**25**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,647.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **601859050674** <br><br> **GE Money Bank / Banana Republic** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | | Opened  4/13/06  Last Active  9/24/10 <br> Charge Account | | | | 0.00 |
| Account No. **601918020060** <br><br> **GE Money Bank / Car Care One** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | H | | Opened  5/09/03  Last Active  6/20/03 <br> Charge Account | | | | Unknown |
| Account No. **600898102158** <br><br> **GE Money Bank / Casual Corner** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | | Opened  1/29/00  Last Active  9/18/06 <br> Charge Account | | | | Unknown |
| Account No. **6018595102178734** <br><br> **GE Money Bank / Gap** <br> **Attn:  Bankruptcy Dept.** <br> **P.O. Box 103104** <br> **Roswell, GA 30076** | | W | | Opened 11/26/02  Last Active  9/01/07 <br> Claim due on account for merchandise <br> purchased on credit | | | | 539.70 |
| Account No. <br><br> **Encore Receivable Management Inc.** <br> **400 N. Rogers Road** <br> **P.O. Box 7000** <br> **Olathe, KS 66063** | | | | Representing: <br> **GE Money Bank / Gap** | | | | **Notice Only** |

Sheet no. __26__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**539.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**
                                                ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **NCO Financial Systems** P.O. Box 15081 Wilmington, DE 19850 | | | | Representing: GE Money Bank / Gap | | | | **Notice Only** |
| Account No. **Professional Bureau of Collections of Maryland, Inc.** P.O. Box 628 Elk Grove, CA 95759 | | | | Representing: GE Money Bank / Gap | | | | **Notice Only** |
| Account No. **6008891297252742** **GE Money Bank / JCPenney** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | J | | Opened  5/15/95  Last Active 10/01/07 Claim due on account for merchandise purchased on credit | | | | **1,637.06** |
| Account No. **6008892483516635** **GE Money Bank / JCPenney** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | H | | Opened  8/10/03  Last Active 10/01/07 Claim due on account for merchandise purchased on credit | | | | **1,125.59** |
| Account No. **6008892486539956** **GE Money Bank / JCPenney** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | W | | Opened  9/05/06  Last Active 10/01/07 Claim due on account for merchandise purchased on credit | | | | **2,328.18** |

Sheet no. __**27**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,090.83**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**　　　　　　　　　　　　　Case No. _____
　　　　**MARIA S. CARRERA**

_____,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: GE Money Bank / JCPenney | | | | **Notice Only** |
| **Professional Bureau of Collections of Maryland, Inc.** P.O. Box 628 Elk Grove, CA 95759 | | | | | | | | |
| Account No. **600889124042** | | W | | Opened  6/15/96 Charge Account | | | | |
| **GE Money Bank / JCPenney** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | | | | | | | **Unknown** |
| Account No. **601918102702** | | W | | Opened  4/01/07  Last Active  4/28/08 Charge Account | | | | |
| **GE Money Bank / LensCrafters** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | | | | | | | **Unknown** |
| Account No. **960075** | | W | | Opened  3/09/08  Last Active 11/09/10 Charge Account | | | | |
| **GE Money Bank / Lord & Taylor** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | | | | | | | **0.00** |
| Account No. **6018596033486360** | | W | | Opened 11/21/02  Last Active 12/19/02 ChargeAccount | | | | |
| **GE Money Bank / Old Navy** Attn:  Bankruptcy Dept. P.O. Box 103104 Roswell, GA 30076 | | | | | | | | **0.00** |

Sheet no. __**28**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**                                    Case No. _____
      **MARIA S. CARRERA**
_____,
                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 601859650552<br><br>GE Money Bank / Old Navy<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | | W | Opened 2/15/04 Last Active 5/21/06<br>Charge Account | | | | **Unknown** |
| Account No. 771410070281<br><br>GE Money Bank / Sam's Club<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | | W | Opened 8/07/98 Last Active 3/05/10<br>Charge Account | | | | **Unknown** |
| Account No. GV4182137690<br><br>Gevalia Kaffe<br>c/o North Shore Agency, Inc.<br>P.O. Box 9205<br>Old Bethpage, NY 11804 | | J | 2008 - 2009<br>Claim due on account for merchandise purchased on credit | | | | 35.75 |
| Account No. G29084399<br><br>Gottlieb Memorial Hospital<br>c/o Powers & Moon, LLC<br>707 Lake Cook Road, Ste. 102<br>Deerfield, IL 60015 | | J | 5/20/2006 - 5/21/2006<br>Medical services | | | | 176.15 |
| Account No. 5856-3706-8873-3840<br><br>Harlem Furniture / The RoomPlace<br>P.O. Box 659704<br>San Antonio, TX 78265 | | J | 2005 - 2008<br>Claim due on account for merchandise purchased on credit | | | | 7,473.97 |

Sheet no. __29__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,685.87**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**  Case No. _____
       **MARIA S. CARRERA**
       _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7442186029<br><br>**Homecomings Financial<br>GMAC<br>PO Box 9001719<br>Louisville, KY 40290** | | J | **on or about 2007 - 2008<br>Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No.<br><br>**Homecomings Financial<br>GMAC<br>PO Box 9001719<br>Louisville, KY 40290** | | J | **2005 to present<br>Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |
| Account No. 6004-3001-0114-5651<br><br>**Household Retail Services<br>c/o Houston Funding II, Ltd.<br>2620 Fountainview #305<br>Houston, TX 77057** | | J | **2005 - 2009<br>Claim due on account for merchandise purchased on credit** | | | | **3,655.21** |
| Account No. 6004300101145651<br><br>**Houston Funding II, Ltd.<br>2620 Fountainview, #305<br>Houston, TX 77057** | | J | **2005 - 2010<br>Claim for balance due on Menards / Household Retail Services account** | | | | **3,655.21** |
| Account No. 211204-1208704491<br><br>**HSBC / Carsons<br>Po Box 15521<br>Wilmington, DE 19805** | | W | **Opened  4/19/02  Last Active  6/18/08<br>Charge Account** | | | | **0.00** |

Sheet no. __30__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,310.42**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**       Case No. _____
      **MARIA S. CARRERA**

_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**HSBC / Carsons** | | | | **Notice Only** |
| Account No. **5176690012401902**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | J | **Opened  5/05/04  Last Active 10/01/04**<br>**Credit account** | | | | **0.00** |
| Account No.<br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**Hsbc Bank** | | | | **Notice Only** |
| Account No. **169601-0231052688**<br><br>**HSBC Bank / Best Buy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | W | **Opened  5/01/04  Last Active  5/23/08**<br>**Charge Account** | | | | **0.00** |
| Account No.<br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**HSBC Bank / Best Buy** | | | | **Notice Only** |

Sheet no. __**31**__ of __**92**__ sheets attached to Schedule of       Subtotal       **0.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**                                              Case No. _____
        **MARIA S. CARRERA**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **191122**<br><br>**HSBC Bank / Best Buy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | W | **Opened  8/16/02  Last Active  3/19/10**<br>**Charge Account** | | | | **0.00** |
| Account No.<br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**HSBC Bank / Best Buy** | | | | **Notice Only** |
| Account No. **202756401**<br><br>**HSBC Bank / Carsons**<br>**P.O. Box 15521**<br>**Wilmington, DE 19805** | | W | **Opened  3/12/97  Last Active 12/08/10**<br>**Claim due on account for merchandise purchased on credit** | | | | **259.00** |
| Account No.<br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**HSBC Bank / Carsons** | | | | **Notice Only** |
| Account No. **1135147981**<br><br>**HSBC Bank / Carsons**<br>**Po Box 15521**<br>**Wilmington, DE 19805** | | W | **Opened  4/19/02  Last Active  1/02/04**<br>**Charge Account** | | | | **0.00** |

Sheet no. __**32**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **259.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Houston Funding II, Ltd. <br>2620 Fountainview, #305 <br>Houston, TX 77057 | | | Representing: <br>HSBC Bank / Carsons | | | | Notice Only |
| Account No. 226601-0101145651 <br><br>HSBC Bank / Menards <br>90 Christiana Road <br>New Castle, DE 19720 | | J | Opened 6/15/03 Last Active 10/23/08 <br>Charge Account | | | | 0.00 |
| Account No. <br><br>Houston Funding II, Ltd. <br>2620 Fountainview, #305 <br>Houston, TX 77057 | | | Representing: <br>HSBC Bank / Menards | | | | Notice Only |
| Account No. 226604-0904692768 <br><br>HSBC Bank / Menards <br>90 Christiana Rd <br>New Castle, DE 19720 | | H | Opened 4/25/00 Last Active 10/23/08 <br>Charge Account | | | | 0.00 |
| Account No. <br><br>Houston Funding II, Ltd. <br>2620 Fountainview, #305 <br>Houston, TX 77057 | | | Representing: <br>HSBC Bank / Menards | | | | Notice Only |

Sheet no. __33__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6004300101163324** <br><br> **HSBC Bank / Menards** <br> **90 Christiana Rd** <br> **New Castle, DE 19720** | | | J | | **Opened 6/18/03 Last Active 11/07/04** <br> **Charge Account** | | | | **Unknown** |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | | | Representing: <br> **HSBC Bank / Menards** | | | | **Notice Only** |
| Account No. **49990924075** <br><br> **HSBC Bank / Neiman Marcus** <br> **Po Box 15221** <br> **Wilmington, DE 19850** | | | W | | **Opened 1/28/02** <br> **Charge Account** | | | | **Unknown** |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | | | Representing: <br> **HSBC Bank / Neiman Marcus** | | | | **Notice Only** |
| Account No. **01100285033** <br><br> **HSBC Bank / Retail Services** <br> **90 Christiana Rd** <br> **New Castle, DE 19720** | | H | | | **Opened 4/19/01 Last Active 10/07/01** <br> **Charge Account** | | | | **0.00** |

Sheet no. __34__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| Houston Funding II, Ltd. 2620 Fountainview, #305 Houston, TX 77057 | | | | | Representing: HSBC Bank / Retail Services | | | | Notice Only |
| Account No. 324312499 | | | | | 2005 - 2009 Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | |
| HSBC Bank Nevada NA c/o Weltman, Weinberg & Reis Co. 175 South 3rd Street, Ste. 900 Columbus, OH 43215 | | J | | | | | | | 8,620.60 |
| Account No. | | | | | | | | | |
| Houston Funding II, Ltd. 2620 Fountainview, #305 Houston, TX 77057 | | | | | Representing: HSBC Bank Nevada NA | | | | Notice Only |
| Account No. | | | | | | | | | |
| Nelson, Watson & Associates, LLC 80 Merrimack Street Lower Level Haverhill, MA 01830 | | | | | Representing: HSBC Bank Nevada NA | | | | Notice Only |
| Account No. 12-0870-4491 | | | | | 2005 - 2009 Claim due on account for merchandise purchased on credit | | | | |
| HSBC Bank Nevada, NA c/o Central Portfolio Control Inc. 6640 Shady Oak Road, #300 Eden Prairie, MN 55344 | | J | | | | | | | 3,614.84 |

Sheet no. __35__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,235.44**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                                            ,

Case No. _____

                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | | | **Representing:** <br> **HSBC Bank Nevada, NA** | | | | **Notice Only** |
| Account No. <br><br> **Protocol Recovery Service, Inc.** <br> **509 Mercer Avenue** <br> **Panama City, FL 32401** | | | | | **Representing:** <br> **HSBC Bank Nevada, NA** | | | | **Notice Only** |
| Account No. **7021-2702-3105-2688** <br><br> **HSBC Bank Nevada, NA** <br> **c/o Creditors Interchange** <br> **80 Holtz Drive** <br> **Buffalo, NY 14225** | | | J | | **2005 - 2009** <br> **Claim due on account for merchandise purchased on credit** | | | | **7,935.84** |
| Account No. <br><br> **Firstsource Advantage, LLC** <br> **P.O. Box 628** <br> **Buffalo, NY 14240** | | | | | **Representing:** <br> **HSBC Bank Nevada, NA** | | | | **Notice Only** |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | | | **Representing:** <br> **HSBC Bank Nevada, NA** | | | | **Notice Only** |

Sheet no. __**36**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,935.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**                                                           Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6004-3001-0114-5651** <br><br> **HSBC Bank Nevada, NA / Menards** <br> **c/o Firstsource Advantage, LLC** <br> **P.O. Box 628** <br> **Buffalo, NY 14240** | | J | **2005 - 2009** <br> **Claim due on account for merchandise purchased on credit** | | | | **3,655.21** |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | **Representing:** <br> **HSBC Bank Nevada, NA / Menards** | | | | **Notice Only** |
| Account No. **7021-2702-3105-2688** <br><br> **HSBC Retail Services / Best Buy** <br> **P.O. Box 4144** <br> **Carol Stream, IL 60197** | | J | **2005 - 2009** <br> **Claim due on account for merchandise purchased on credit** | | | | **7,131.82** |
| Account No. <br><br> **Houston Funding II, Ltd.** <br> **2620 Fountainview, #305** <br> **Houston, TX 77057** | | | **Representing:** <br> **HSBC Retail Services / Best Buy** | | | | **Notice Only** |
| Account No. **12-0870-4491** <br><br> **HSBC Retail Services / Carsons** <br> **P.O. Box 4144** <br> **Carol Stream, IL 60197** | | J | **2005 - 2009** <br> **Claim due on account for merchandise purchased on credit** | | | | **3,246.55** |

Sheet no. __**37**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,033.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**                                               Case No. _____

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Houston Funding II, Ltd.**<br>**2620 Fountainview, #305**<br>**Houston, TX 77057** | | | **Representing:**<br>**HSBC Retail Services / Carsons** | | | | **Notice Only** |
| Account No. <br><br>**Retail Services**<br>**PO Box 17264**<br>**Baltimore, MD 21297** | | | **Representing:**<br>**HSBC Retail Services / Carsons** | | | | **Notice Only** |
| Account No. **2605629200001**<br><br>**Independence Receivables Corp.**<br>**c/o Allied Interstate, Inc.**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | J | | **2005 - 2009**<br>**Claim for balance due on account acquired frrom Bally Total Fitness** | | | | **399.00** |
| Account No. **2605629203005**<br><br>**Independence Receivables Corp.**<br>**c/o Monarch Recovery Management**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154** | J | | **2005 - 2009**<br>**Claim for balance due on account acquired frrom Bally Total Fitness** | | | | **399.00** |
| Account No. **1010374963**<br><br>**Indymac Bank**<br>**PO Box 78826**<br>**Phoenix, AZ 85062** | J | | **on or about 2007 - 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |

Sheet no. __**38**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal                    **798.00**
                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**              Case No. _____
**MARIA S. CARRERA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **IndyMac Federal Bank Home Loan Servicing 6900 Beatrice Drive Kalamazoo, MI 49009** | | | | | **Representing: Indymac Bank** | | | | **Notice Only** |
| Account No. | | | J | | **2005 to present Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | |
| **Indymac Bank IndyMac Federal Bank PO Box 78826 Phoenix, AZ 85062** | | | | | | | | | **Unknown** |
| Account No.  **Case No. 2008 CH 04184** | | | J | | **on or about 2008 Claim for deficiency balance in mortgage loan and escrow account** | | | | |
| **IndyMac Bank FSB c/o Pierce & Associates 1 N. Dearborn, #1300 Chicago, IL 60602** | | | | | | | | | **Unknown** |
| Account No.  **005047** | | | J | | **2005 - 2010 Claim for balance due on account for materials purchased on credit** | | | | |
| **International Granite & Marble Corp 1450 Lunt Avenue Elk Grove, IL 60007** | | | | | | | | | **4,339.75** |
| Account No. | | | | | | | | | |
| **American Financial Management, Inc. 3715 Ventura Drive Arlington Heights, IL 60004** | | | | | **Representing: International Granite & Marble Corp** | | | | **Notice Only** |

Sheet no. **39** of **92** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,339.75**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**           Case No. _____
      **MARIA S. CARRERA**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Law Offices of Barry Serota & Assoc** **PO Box 1008** **Arlington Heights, IL 60006** | | | Representing: **International Granite & Marble Corp** | | | | **Notice Only** |
| Account No. **6008892486539956** | | J | 2005 - 2008 Claim due on account for merchandise purchased on credit | | | | |
| **JC Penney Consumer** **c/o Allied Interstate, Inc.** **3000 Corporate Exchange Drive** **Columbus, OH 43231** | | | | | | | **2,055.91** |
| Account No. | | | | | | | |
| **Associated Recovery Systems** **P.O. Box 469046** **Escondido, CA 92046** | | | Representing: **JC Penney Consumer** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Professional Bureau of Collections** **of Maryland, Inc.** **P.O. Box 628** **Elk Grove, CA 95759** | | | Representing: **JC Penney Consumer** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Richard J. Boudreau & Assoc.** **5 Industrial Way** **Salem, NH 03079** | | | Representing: **JC Penney Consumer** | | | | **Notice Only** |

Sheet no. __**40**__ of __**92**__ sheets attached to Schedule of           Subtotal                  **2,055.91**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**       Case No. _____
      **MARIA S. CARRERA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **248-653-995-61** <br><br> **JCPenney** <br> **P.O. Box 960090** <br> **Orlando, FL 32896** | | J | | **2005 - 2009** <br> **Claim due on account for merchandise purchased on credit** | | | | **1,652.09** |
| Account No. **248-351-663-51** <br><br> **JCPenney** <br> **P.O. Box 960090** <br> **Orlando, FL 32896** | | J | | **2006 - 2008** <br> **Claim due on account for merchandise purchased on credit** | | | | **1,125.59** |
| Account No. **129-725-274-21** <br><br> **JCPenney** <br> **P.O. Box 960090** <br> **Orlando, FL 32896** | | J | | **2006 - 2008** <br> **Claim due on account for merchandise purchased on credit** | | | | **1,637.06** |
| Account No. **0772558656** <br><br> **JPM Chase Home Finance** <br> **c/o Vital Recovery Services, Inc.** <br> **PO Box 923747** <br> **Norcross, GA 30010** | | J | | **2005 - 2008** <br> **Claim for balnace due on account** | | | | **22,718.95** |
| Account No. **Case No. 2007 CH 35275** <br><br> **JPMorgan Chase Bank** <br> **c/o Fisher & Shapiro, LLC** <br> **2121 Waukegan Road, #301** <br> **Deerfield, IL 60015** | | J | | **on or about 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |

Sheet no. __41__ of __92__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,133.69**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                                                            ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 036778980752<br><br>**Kohl's / Chase Bank USA, NA**<br>**N56 W 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | W | | Opened 7/02/03 Last Active 12/01/07<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 1,801.00 |
| Account No.<br><br>**Allied Data Corporation**<br>**13111 Westheimer, Ste. 400**<br>**Houston, TX 77077** | | | | Representing:<br>Kohl's / Chase Bank USA, NA | | | | Notice Only |
| Account No.<br><br>**Kohl's Payment Center**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201** | | | | Representing:<br>Kohl's / Chase Bank USA, NA | | | | Notice Only |
| Account No.<br><br>**Merchants & Medical**<br>**Credit Corporation**<br>**6324 Taylor Drive**<br>**Flint, MI 48507** | | | | Representing:<br>Kohl's / Chase Bank USA, NA | | | | Notice Only |
| Account No. 031341529152<br><br>**Kohl's / Chase Bank USA, NA**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | W | | Opened 12/05/00 Last Active 11/19/10<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 1,759.00 |

Sheet no. __42__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,560.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                                             ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Case No. 2008 CH 08954** <br><br> **LaSalle Bank, N.A.** <br>**c/o Heavner Scott & Beyers** <br>**111 E. Main Street, #200** <br>**Decatur, IL 62523** | | | J | | **on or about 2008** <br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **021 6810 000** <br><br> **Leyden Township** <br>**2501 N. Mannheim Road** <br>**Franklin Park, IL 60131** | | | J | | **2005 - 2009** <br>**Claim for balance due on water & sewer accounts** | | | | **Unknown** |
| Account No. **4418-0291-0342-8642** <br><br> **LHR, Inc.** <br>**56 Main Street** <br>**Hamburg, NY 14075** | | | J | | **2005 - 2009** <br>**Claim for balance due on account acquired from First National Bank Omaha** | | | | **12,730.35** |
| Account No. **0000001208704491** <br><br> **LVNV Funding LLC** <br>**P.O. Box 740281** <br>**Houston, TX 77274** | | | W | | **Opened 6/12/08 Last Active 5/01/07** <br>**Claim for balance due on account acquired from HSBC Bank Nevada - Carsons** | | | | **4,096.00** |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br>**125 S. Wacker Drive, Ste.400** <br>**Chicago, IL 60606** | | | | | **Representing:** <br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**43**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)
        **16,826.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
**MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Central Portfolio Control, Inc.** **6640 Shady Oak Road, #300** **Eden Prairie, MN 55344** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Drive, Ste. 330** **Hazelwood, MO 63042** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Nationwide Credit, Inc.** **2002 Summit Blvd., Ste. 600** **Atlanta, GA 30319** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. 5049941051856323 | | H | | **Opened  3/30/09  Last Active  5/01/07** **Claim for balance due on account acquired from Sears - Sears Charge Plus** | | | | |
| **LVNV Funding LLC** **P.O. Box 740281** **Houston, TX 77274** | | | | | | | | **2,965.00** |

Sheet no. __**44**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,965.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ARS National Services, Inc.**<br>**P.O. Box 463023**<br>**Escondido, CA 92046** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Budzik & Dynia, LLC**<br>**4849 N. Milwaukee Avenue, Ste. 801**<br>**Chicago, IL 60630** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Credit Control, LLC**<br>**5757 Phantom Drive, Ste. 330**<br>**Hazelwood, MO 63042** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Nationwide Credit, Inc.**<br>**2002 Summit Blvd., Ste. 600**<br>**Atlanta, GA 30319** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**45**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6008891297252742** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | H | **Opened 5/28/08 Last Active 4/01/07** <br> **Claim for balance due on account acquired** <br> **from GE Capital - JC Penney** | | | | **2,161.00** |
| Account No. <br><br> **Allied Interstate, Inc.** <br> **3000 Corporate Exchange Drive** <br> **Columbus, OH 43231** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Central Credit Services, Inc.** <br> **P.O. Box 15118** <br> **Jacksonville, FL 32239** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Credit Control, LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Nationwide Credit, Inc.** <br> **2002 Summit Blvd., Ste. 600** <br> **Atlanta, GA 30319** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**46**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,161.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**                             Case No. _____

                                               ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Redline Recovery Services, LLC 11675 Rainwater Drive, Ste. 350 Alpharetta, GA 30009 | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue Suite 200 Cleveland, OH 44113 | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. **6008892486539956** | | W | Opened 8/28/08 Last Active 4/01/07 Claim for balance due on account acquired from GE Capital - JC Penney | | | | |
| LVNV Funding LLC P.O. Box 740281 Houston, TX 77274 | | | | | | | **2,272.49** |
| Account No. | | | | | | | |
| Academy Collection Service, Inc. P.O. Box 16119 Philadelphia, PA 19114 | | | Representing: LVNV Funding LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| Allied Interstate, Inc. 3000 Corporate Exchange Drive Columbus, OH 43231 | | | Representing: LVNV Funding LLC | | | | **Notice Only** |

Sheet no. __**47**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                 (Total of this page)       **2,272.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**                                      Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046** | | | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Credit Control, LLC**<br>**5757 Phantom Drive, Ste. 330**<br>**Hazelwood, MO 63042** | | | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**2002 Summit Blvd., Ste. 600**<br>**Atlanta, GA 30319** | | | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Richard J. Boudreau & Assoc.**<br>**5 Industrial Way**<br>**Salem, NH 03079** | | | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**48**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal                        **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**
                                     ,

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6008892483516635** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | H | **Opened 8/28/08 Last Active 4/01/07** <br> **Claim for balance due on account acquired** <br> **from GE Capital - JC Penney** | | | | 1,328.00 |
| Account No. <br><br> **Credit Control, LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | | **Representing:** <br> **LVNV Funding LLC** | | | | Notice Only |
| Account No. <br><br> **Nationwide Credit, Inc.** <br> **2002 Summit Blvd., Ste. 600** <br> **Atlanta, GA 30319** | | | **Representing:** <br> **LVNV Funding LLC** | | | | Notice Only |
| Account No. <br><br> **Weltman, Weinberg & Reis Co.** <br> **323 W. Lakeside Avenue** <br> **Suite 200** <br> **Cleveland, OH 44113** | | | **Representing:** <br> **LVNV Funding LLC** | | | | Notice Only |
| Account No. **6018595102178734** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | W | **Opened 8/28/08 Last Active 3/01/07** <br> **Claim for balance due on account acquired** <br> **from GE Capital - The Gap** | | | | 787.00 |

Sheet no. __**49**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,115.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
**MARIA S. CARRERA**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Drive, Ste. 330** **Hazelwood, MO 63042** | | | | Representing: **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Financial Recovery Services, Inc.** **P.O. Box 385908** **Minneapolis, MN 55438** | | | | Representing: **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Nationwide Credit, Inc.** **2002 Summit Blvd., Ste. 600** **Atlanta, GA 30319** | | | | Representing: **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Redline Recovery Services, LLC** **11675 Rainwater Drive, Ste. 350** **Alpharetta, GA 30009** | | | | Representing: **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | Representing: **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __50__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5049940312202863** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | W | **Opened 3/30/09 Last Active 5/01/07** <br> **Claim for balance due on account acquired** <br> **from Citibank - Sears Premier Card** | | | | **767.00** |
| Account No. <br><br> **Academy Collection Service, Inc.** <br> **P.O. Box 16119** <br> **Philadelphia, PA 19114** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Credit Control, LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Nationwide Credit, Inc.** <br> **2002 Summit Blvd., Ste. 600** <br> **Atlanta, GA 30319** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**51**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **767.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
**MARIA S. CARRERA**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co. 323 W. Lakeside Avenue Suite 200 Cleveland, OH 44113 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. 324312499 | | | | 2005 - 2009 Claim for balance due on account acquired from HSBC Nevada NA | | | | |
| LVNV Funding LLC P.O. Box 740281 Houston, TX 77274 | J | | | | | | | 9,091.86 |
| Account No. | | | | | | | | |
| Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Nationwide Credit, Inc. 2002 Summit Blvd., Ste. 600 Atlanta, GA 30319 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Nelson, Watson & Associates, LLC 80 Merrimack Street Lower Level Haverhill, MA 01830 | | | | Representing: LVNV Funding LLC | | | | Notice Only |

Sheet no. __52__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,091.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Weltman, Weinberg & Reis Co.** <br> **323 W. Lakeside Avenue** <br> **Suite 200** <br> **Cleveland, OH 44113** | | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **7021-2702-3105-2688** <br><br> **LVNV Funding LLC** <br> **P.O. Box 740281** <br> **Houston, TX 77274** | | J | | **2005 - 2009** <br> **Claim for balance due on account acquired from HSBC Bank Nevada NA** | | | | **9,078.00** |
| Account No. <br><br> **Credit Control, LLC** <br> **5757 Phantom Drive, Ste. 330** <br> **Hazelwood, MO 63042** | | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Creditors Interchange** <br> **80 Holtz Drive** <br> **Buffalo, NY 14225** | | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br> **Firstsource Advantage, LLC** <br> **P.O. Box 628** <br> **Buffalo, NY 14240** | | | | **Representing:** <br> **LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __53__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **9,078.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nationwide Credit, Inc.**<br>**2002 Summit Blvd., Ste. 600**<br>**Atlanta, GA 30319** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **6008892486539956**<br><br>**LVNV Funding LLC**<br>**c/o Allied Interstate, Inc.**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | J | | **2005 - 2009**<br>**Claim for balance due on account acquired**<br>**from JC Penney Consumer** | | | | **2,055.91** |
| Account No.<br><br>**Associated Recovery Systems**<br>**P.O. Box 469046**<br>**Escondido, CA 92046** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No.<br><br>**Credit Control, LLC**<br>**5757 Phantom Drive, Ste. 330**<br>**Hazelwood, MO 63042** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**54**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,055.91**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
          **MARIA S. CARRERA**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Nationwide Credit, Inc.** **2002 Summit Blvd., Ste. 600** **Atlanta, GA 30319** | | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Professional Bureau of Collections of Maryland, Inc.** **P.O. Box 628** **Elk Grove, CA 95759** | | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Richard J. Boudreau & Assoc.** **5 Industrial Way** **Salem, NH 03079** | | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. 324244835 | | | J | | **2005 - 2009** **Claim for balance due on account** | | | | |
| **LVNV Funding LLC** **P.O. Box 740281** **Houston, TX 77274** | | | | | | | | | **2,866.20** |

Sheet no. __55__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **2,866.20** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
         **MARIA S. CARRERA**                                        Case No. _____

                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Credit Control, LLC** **5757 Phantom Drive, Ste. 330** **Hazelwood, MO 63042** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Nationwide Credit, Inc.** **2002 Summit Blvd., Ste. 600** **Atlanta, GA 30319** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sentry Credit, Inc.** **2809 Grand Avenue** **Everett, WA 98201** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Weltman, Weinberg & Reis Co.** **323 W. Lakeside Avenue** **Suite 200** **Cleveland, OH 44113** | | | | **Representing:** **LVNV Funding LLC** | | | | **Notice Only** |
| Account No. 325284043 | | J | | **2005 - 2009** **Claim for balance due on account acquired from GE Capital** | | | | |
| **LVNV Funding LLC** **P.O. Box 740281** **Houston, TX 77274** | | | | | | | | **1,875.68** |

Sheet no. __56__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,875.68**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**                                     Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Nationwide Credit, Inc. 2002 Summit Blvd., Ste. 600 Atlanta, GA 30319 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. | | | | | | | | |
| Weltman, Weinberg & Reis Co. 175 South 3rd Street, Ste. 900 Columbus, OH 43215 | | | | Representing: LVNV Funding LLC | | | | Notice Only |
| Account No. | | | | 2005 - 2009 Claim for balance due on account acquired from JC Penney Consumer & GE Capital | | | | |
| LVNV Funding LLC P.O. Box 740281 Houston, TX 77274 | J | | | | | | | 1,275.79 |
| Account No. | | | | | | | | |
| Credit Control, LLC 5757 Phantom Drive, Ste. 330 Hazelwood, MO 63042 | | | | Representing: LVNV Funding LLC | | | | Notice Only |

Sheet no. __**57**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,275.79**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**            Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nationwide Credit, Inc.** <br>**2002 Summit Blvd., Ste. 600** <br>**Atlanta, GA 30319** | | | **Representing:** <br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co.** <br>**323 W. Lakeside Avenue** <br>**Suite 200** <br>**Cleveland, OH 44113** | | | **Representing:** <br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. **5121-0719-5860-4120** <br><br>**LVNV Funding LLC** <br>**P.O. Box 740281** <br>**Houston, TX 77274** | | J | **2005 - 2009** <br>**Claim for balance due on account acquired from Sears - Sears Gold MasterCard** | | | | **2,866.20** |
| Account No. <br><br>**Capital Management Services, LP** <br>**726 Exchange Street, Ste. 700** <br>**Buffalo, NY 14210** | | | **Representing:** <br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Credit Control, LLC** <br>**5757 Phantom Drive, Ste. 330** <br>**Hazelwood, MO 63042** | | | **Representing:** <br>**LVNV Funding LLC** | | | | **Notice Only** |

Sheet no. __**58**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
        (Total of this page)      **2,866.20**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**             Case No. _____
      **MARIA S. CARRERA**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nationwide Credit, Inc.**<br>**2002 Summit Blvd., Ste. 600**<br>**Atlanta, GA 30319** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. <br><br>**Weltman, Weinberg & Reis Co.**<br>**323 W. Lakeside Avenue**<br>**Suite 200**<br>**Cleveland, OH 44113** | | | **Representing:**<br>**LVNV Funding LLC** | | | | **Notice Only** |
| Account No. 4374618872320 <br><br>**Mcydsnb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | W | | **Opened 3/01/05 Last Active 5/07/10**<br>**Charge Account** | | | | **0.00** |
| Account No. P2064968 <br><br>**Memorial Park District**<br>**c/o Sonnenschein Financial Svcs**<br>**2 Transam Plaza Dr Ste 3**<br>**Oakbrook Terrace, IL 60181** | H | | **Opened 2/28/08**<br>**Claim for balance due on account** | | | | **90.00** |
| Account No. 6004-3001-0114-5651 <br><br>**Menards**<br>**c/o Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | J | | **2005 - 2009**<br>**Claim due on account for merchandise purchased on credit** | | | | **964.00** |

Sheet no. __59__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)       **1,054.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**　　　　　　　　　　　　　　　　Case No. _____
　　　　**MARIA S. CARRERA**

_____,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Houston Funding II, Ltd.** <br>**2620 Fountainview, #305** <br>**Houston, TX 77057** | | | **Representing:** <br>**Menards** | | | | **Notice Only** |
| Account No. **Case No. 2009 M1-197230** <br><br>**Midland Funding** <br>**c/o Blatt, Hasenmiller, Leibsker** <br>**125 S. Wacker Drive, Ste.400** <br>**Chicago, IL 60606** | | J | **on 6/7/2010** <br>**Judgment entered against Debtor, in Cook County, Illinois, Court Case No. 2009 M1-197230, plus interest and court costs.** | | | | **4,199.90** |
| Account No. **8534849936** <br><br>**Midland Funding LLC** <br>**Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | H | **Opened  6/10/10  Last Active 10/01/07** <br>**Claim for balance due on account acquired from Bank of America** | | | | **25,922.00** |
| Account No. **8529786180** <br><br>**Midland Funding LLC** <br>**Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | H | **Opened 11/25/08  Last Active  9/01/07** <br>**Claim for balance due on account acquired from Citibank USA,  N.A.** | | | | **22,818.00** |
| Account No. **8535469797** <br><br>**Midland Funding LLC** <br>**Midland Credit Management, Inc.** <br>**P.O. Box 60578** <br>**Los Angeles, CA 90060** | | H | **Opened  7/15/10  Last Active 12/01/07** <br>**Claim for balance due on account acquired from Bank of America** | | | | **11,513.00** |

Sheet no. __**60**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal　　
(Total of this page)　　**64,452.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **GUADALUPE CARRERA,** Case No. _____
**MARIA S. CARRERA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 8529305124 <br><br> **Midland Funding LLC** **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | W | | Opened 10/30/08 Last Active 3/01/08 Claim for balance due on account acquired from Citibank USA N.A. / The Home Depot | | | | 7,836.00 |
| Account No. 8529805556 <br><br> **Midland Funding LLC** **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | H | | Opened 11/25/08 Last Active 6/01/07 Claim for balance due on account acquired from Citibank USA, N.A. | | | | 4,519.00 |
| Account No. 8528920537 <br><br> **Midland Funding LLC** **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | H | | Opened 9/30/08 Last Active 2/01/08 Claim for balance due on account acquired from Citibank / Sears Premier Card | | | | 3,826.00 |
| Account No. 8535620656 <br><br> **Midland Funding LLC** **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | H | | Opened 8/11/10 Last Active 10/01/07 Claim for balance due on account acquired from Citibank | | | | 2,955.45 |
| Account No. 8534900248 <br><br> **Midland Funding LLC** **Midland Credit Management, Inc.** P.O. Box 60578 Los Angeles, CA 90060 | | W | | Opened 6/10/10 Last Active 10/01/07 Claim for balance due on account acquired from Citibank | | | | 1,536.00 |

Sheet no. _61_ of _92_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 20,672.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**                                      Case No. _____
         **MARIA S. CARRERA**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 8535772777 **Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | H | | | Opened 8/25/10 Last Active 11/01/07 **Claim for balance due on account acquired from Capital One Bank** | | | | 1,435.38 |
| Account No. 8533309116 **Midland Funding LLC Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060** | | W | | | Opened 12/10/09 Last Active 10/01/07 **Claim for balance due on account acquired from Target National Bank** | | | | 1,309.00 |
| Account No. 11A550272843 **Midwest Clinical Imaging - Radiolog Department 4418 Carol Stream, IL 60122** | | J | | | on or about 7/14/2007 **Medical services** | | | | 21.00 |
| Account No. 723997690 **Mosaico Book Club P.O. Box 6432 Camp Hill, PA 17012** | | J | | | 2007 - 2008 **Claim for balance due on account for merchandise purchased on credit** | | | | 129.87 |
| Account No. **Allied Interstate, Inc. 3000 Corporate Exchange Drive Columbus, OH 43231** | | | | | Representing: **Mosaico Book Club** | | | | Notice Only |

Sheet no. __62__ of __92__ sheets attached to Schedule of                          Subtotal                     2,895.25
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                                          ,
                                 Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **008524252**<br><br>**Mosaico Book Club**<br>**O.O. Box 916536**<br>**Indianapolis, IN 46291** | | J | **2007 - 2008**<br>**Claim for balance due on account for merchandise purchased on credit** | | | | **90.92** |
| Account No.<br><br>**Allied Interstate, Inc.**<br>**3000 Corporate Exchange Drive**<br>**Columbus, OH 43231** | | | **Representing:**<br>**Mosaico Book Club** | | | | **Notice Only** |
| Account No. **Case No. 08 CH K 134**<br><br>**National City Mortgage**<br>**c/o Steven L. Nelson**<br>**1600 4th Avenue, Ste. 200**<br>**Rock Island, IL 61201** | | J | **on or about 2008**<br>**Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **1135147981**<br><br>**Nbgl-Carsons**<br>**140 W Industrial Dr**<br>**Elmhurst, IL 60126** | | W | **Opened  4/19/02  Last Active  3/01/03**<br>**Charge Account** | | | | **0.00** |
| Account No. **202756401**<br><br>**Nbgl-Carsons**<br>**140 W Industrial Dr**<br>**Elmhurst, IL 60126** | | W | **Opened  3/12/97**<br>**Charge Account** | | | | **Unknown** |

Sheet no. __**63**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**90.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**          Case No. _____
        **MARIA S. CARRERA**

_____ ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **79YPYI0001800166** | | | | **Utility gas service** | | | | |
| **Nicor Energy Services c/o NCO Financial Systems PO Box 15740 Wilmington, DE 19850** | | J | | | | | | **Unknown** |
| Account No. **2281501277** | | | | **Opened  8/31/07 Utility gas service** | | | | |
| **Nicor Gas 1844 Ferry Road Naperville, IL 60563** | | W | | | | | | **1,313.00** |
| Account No. | | | | | | | | |
| **Harris & Harris, Ltd. 600 W. Jackson Blvd., Ste. 400 Chicago, IL 60661** | | | | **Representing: Nicor Gas** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems P.O. Box 15081 Wilmington, DE 19850** | | | | **Representing: Nicor Gas** | | | | **Notice Only** |
| Account No. **1645392864** | | | | **Opened  3/21/09  Last Active 10/21/10 Utility gas service** | | | | |
| **Nicor Gas 1844 Ferry Road Naperville, IL 60563** | | H | | | | | | **152.00** |

Sheet no. __64__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,465.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Harris & Harris, Ltd.<br>600 W. Jackson Blvd., Ste. 400<br>Chicago, IL 60661 | | | Representing:<br>Nicor Gas | | | | Notice Only |
| Account No.<br><br>NCO Financial Systems<br>P.O. Box 15081<br>Wilmington, DE 19850 | | | Representing:<br>Nicor Gas | | | | Notice Only |
| Account No. 1665694918<br><br>Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | | H | Opened 4/18/05 Last Active 6/23/06<br>Utility gas service | | | | Unknown |
| Account No.<br><br>Harris & Harris, Ltd.<br>600 W. Jackson Blvd., Ste. 400<br>Chicago, IL 60661 | | | Representing:<br>Nicor Gas | | | | Notice Only |
| Account No.<br><br>NCO Financial Systems<br>P.O. Box 15081<br>Wilmington, DE 19850 | | | Representing:<br>Nicor Gas | | | | Notice Only |

Sheet no. __65__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2281501417** <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | W | **Opened 11/16/05  Last Active  1/27/06** <br> **Utility gas service** | | | | **Unknown** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. **228561947041108** <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | H | **Opened 11/08/04  Last Active  2/28/05** <br> **Utility gas service** | | | | **Unknown** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |

Sheet no. __**66**__ of __**92**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        **0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NCO Financial Systems** P.O. Box 15081 Wilmington, DE 19850 | | | Representing: Nicor Gas | | | | **Notice Only** |
| Account No. **228561949050216** **Nicor Gas** 1844 Ferry Road Naperville, IL 60563 | | H | Opened 2/16/05 Last Active 6/06/05 Utility gas service | | | | **Unknown** |
| Account No. **Harris & Harris, Ltd.** 600 W. Jackson Blvd., Ste. 400 Chicago, IL 60661 | | | Representing: Nicor Gas | | | | **Notice Only** |
| Account No. **NCO Financial Systems** P.O. Box 15081 Wilmington, DE 19850 | | | Representing: Nicor Gas | | | | **Notice Only** |
| Account No. **4565622302** **Nicor Gas** 1844 Ferry Road Naperville, IL 60563 | | W | Opened 11/21/05 Last Active 8/23/07 Utility gas service | | | | **Unknown** |

Sheet no. __67__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
        **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. 5927509252 <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | W | | **Opened 3/14/06  Last Active 8/01/06** <br> **Utility gas service** | | | | **Unknown** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |

Sheet no. __**68**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
   **MARIA S. CARRERA**                                                    Case No. _____

_____,
                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 8223917571 | | W | | Opened 10/01/05  Last Active  1/11/06 Utility gas service | | | | |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | | | | Unknown |
| Account No. | | | | Representing: Nicor Gas | | | | |
| Harris & Harris, Ltd. 600 W. Jackson Blvd., Ste. 400 Chicago, IL 60661 | | | | | | | | Notice Only |
| Account No. | | | | Representing: Nicor Gas | | | | |
| NCO Financial Systems P.O. Box 15081 Wilmington, DE 19850 | | | | | | | | Notice Only |
| Account No. 9044187749 | | H | | Opened  6/01/06  Last Active 12/06/06 Utility gas service | | | | |
| Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | | | | Unknown |
| Account No. | | | | Representing: Nicor Gas | | | | |
| Harris & Harris, Ltd. 600 W. Jackson Blvd., Ste. 400 Chicago, IL 60661 | | | | | | | | Notice Only |

Sheet no. __69__ of __92__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**                                    Case No. _____
         **MARIA S. CARRERA**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **NCO Financial Systems** **P.O. Box 15081** **Wilmington, DE 19850** | | | | | Representing: **Nicor Gas** | | | | **Notice Only** |
| Account No. **1123196286** | | | J | | **2005 - 2009** **Utility gas service** | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Harris & Harris, Ltd.** **600 W. Jackson Blvd., Ste. 400** **Chicago, IL 60661** | | | | | Representing: **Nicor Gas** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **NCO Financial Systems** **P.O. Box 15081** **Wilmington, DE 19850** | | | | | Representing: **Nicor Gas** | | | | **Notice Only** |
| Account No. **4565622068** | | | J | | **2005 - 2009** **Utility gas service** | | | | |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | | | | | | | | **Unknown** |

Sheet no. __**70**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> Harris & Harris, Ltd. <br> 600 W. Jackson Blvd., Ste. 400 <br> Chicago, IL 60661 | | | | Representing: <br> Nicor Gas | | | | Notice Only |
| Account No. <br><br> NCO Financial Systems <br> P.O. Box 15081 <br> Wilmington, DE 19850 | | | | Representing: <br> Nicor Gas | | | | Notice Only |
| Account No. 2281501233 <br><br> Nicor Gas <br> 1844 Ferry Road <br> Naperville, IL 60563 | J | | | 2005 - 2009 <br> Utility gas service | | | | Unknown |
| Account No. <br><br> Harris & Harris, Ltd. <br> 600 W. Jackson Blvd., Ste. 400 <br> Chicago, IL 60661 | | | | Representing: <br> Nicor Gas | | | | Notice Only |
| Account No. <br><br> NCO Financial Systems <br> P.O. Box 15081 <br> Wilmington, DE 19850 | | | | Representing: <br> Nicor Gas | | | | Notice Only |

Sheet no. __71__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **32867361** <br><br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | J | | **2005 - 2009** <br> **Utility gas service** | | | | **Unknown** |
| Account No. <br><br> **Harris & Harris, Ltd.** <br> **600 W. Jackson Blvd., Ste. 400** <br> **Chicago, IL 60661** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15081** <br> **Wilmington, DE 19850** | | | | **Representing:** <br> **Nicor Gas** | | | | **Notice Only** |
| Account No. **8500036619756** <br><br> **Peoples Energy** <br> **130 E. Randolph Drive** <br> **Chicago, IL 60601** | | H | | **Opened  5/01/04  Last Active  1/01/06** <br> **Utility service** | | | | **Unknown** |
| Account No. **4388320105747329** <br><br> **Peoples United Bank** <br> **850 Main St** <br> **Bridgeport, CT 06604** | | J | | **Opened  9/22/98  Last Active  8/01/02** <br> **Credit account** | | | | **0.00** |

Sheet no. __**72**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**
                                                          ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 5545140107923133 <br><br>**RBS Citizens NA** <br>**RBS Card Services** <br>**1000 Lafayette Blvd.** <br>**Bridgeport, CT 06604** | | J | | **Opened 9/22/98 Last Active 9/01/07** <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 10,207.00 |
| Account No. <br><br>**Mercantile Adjustment Bureau, LLC** <br>**P.O. Box 9016** <br>**Williamsville, NY 14231** | | | | **Representing:** <br>**RBS Citizens NA** | | | | Notice Only |
| Account No. <br><br>**Richard J. Boudreau & Assoc.** <br>**5 Industrial Way** <br>**Salem, NH 03079** | | | | **Representing:** <br>**RBS Citizens NA** | | | | Notice Only |
| Account No. 169022737 / 000104812 <br><br>**RCS Recovery Services, LLC** <br>**1449 West Palmetto Park Road** <br>**Suite 140** <br>**Boca Raton, FL 33486** | | J | | **Claim for balance due on account purchased from Wells Fargo Bank, N.A.** | | | | 66,432.20 |
| Account No. 10000023014950 <br><br>**Rena Ware International** <br>**8383 158th Ave Ne** <br>**Redmond, WA 98052** | | W | | **Opened 6/22/04 Last Active 7/09/04** <br>**Credit account** | | | | 0.00 |

Sheet no. __**73**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,639.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**                                    Case No. _____
      **MARIA S. CARRERA**

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10000023014943**<br><br>**Rena Ware International**<br>**8383 158th Ave Ne**<br>**Redmond, WA 98052** | | W | **Opened  6/08/04**<br>**Credit account** | | | | **Unknown** |
| Account No. **12-0870-4491**<br><br>**Resurgent Capital Services LP**<br>**c/o Central Portfolio Control, Inc.**<br>**6640 Shady Oak Road, #300**<br>**Eden Prairie, MN 55344** | | J | **2005 - 2009**<br>**Claim for balance due on account acquired from HSBC Nevada NA / Carsons** | | | | **3,739.94** |
| Account No.<br><br>**Protocol Recovery Service, Inc.**<br>**509 Mercer Avenue**<br>**Panama City, FL 32401** | | | **Representing:**<br>**Resurgent Capital Services LP** | | | | **Notice Only** |
| Account No. **7021-2702-3105-2688**<br><br>**Resurgent Capital Services LP**<br>**c/o Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225** | | J | **2005 - 2009**<br>**Claim for balance due on account acquired from HSBC Bank Nevada NA** | | | | **7,935.84** |
| Account No.<br><br>**Protocol Recovery Service, Inc.**<br>**509 Mercer Avenue**<br>**Panama City, FL 32401** | | | **Representing:**<br>**Resurgent Capital Services LP** | | | | **Notice Only** |

Sheet no. __**74**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,675.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                                                      ,
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5049-9403-1220-2863** <br><br> **Resurgent Capital Services LP c/o Academy Collection Service Inc. P.O. Box 16119 Philadelphia, PA 19114** | | | J | 2005 - 2009 **Claim for balance due on account acquired from Sears** | | | | **707.63** |
| Account No. **xxxxxxxxxxxxxxxx8734** <br><br> **Resurgent Capital Services, LP c/o Financial Recovery Services Inc P.O. Box 385908 Minneapolis, MN 55438** | | | J | 2005 - 2009 **Claim for balance due on account acquired from GE Capital / The Gap** | | | | **0.00** |
| Account No. <br><br> **Encore Receivable Management Inc. 400 N. Rogers Road P.O. Box 7000 Olathe, KS 66063** | | | | **Representing: Resurgent Capital Services, LP** | | | | **Notice Only** |
| Account No. **3267488821016** <br><br> **Sallie Mae Po Box 9500 Wilkes Barre, PA 18773** | | | W | **Opened 9/10/91 Educational** | | | | **Unknown** |
| Account No. **3267488821026** <br><br> **Sallie Mae Po Box 9500 Wilkes Barre, PA 18773** | | | W | **Opened 5/01/91 Educational** | | | | **Unknown** |

Sheet no. __**75**__ of __**92**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**707.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
         **MARIA S. CARRERA**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3267488821036** <br><br> **Sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | | W | **Opened  5/01/91** <br> **Educational** | | | | **Unknown** |
| Account No. **5049940312202863** <br><br> **Sears / Citibank SD** <br> **Sears Premier Card** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | W | **Opened  8/28/07  Last Active 10/07/07** <br> **Credit account** | | | | **Unknown** |
| Account No. <br><br> **NCO Financial Systems** <br> **P.O. Box 15889** <br> **Wilmington, DE 19850** | | | **Representing:** <br> **Sears / Citibank SD** | | | | **Notice Only** |
| Account No. <br><br> **Sears / Sears Credit Cards** <br> **PO Box 183081** <br> **Columbus, OH 43218** | | | **Representing:** <br> **Sears / Citibank SD** | | | | **Notice Only** |
| Account No. **5049941051856323** <br><br> **Sears / Citibank SD** <br> **Sears Charge Plus** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | H | **Opened  8/14/07  Last Active 10/07/07** <br> **Credit account** | | | | **Unknown** |

Sheet no. __**76**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Citibank Credit Services, Inc.** **PO Box 39308** **Solon, OH 44139** | | | | **Representing:** **Sears / Citibank SD** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139** | | | | **Representing:** **Sears / Citibank SD** | | | | **Notice Only** |
| Account No. 5049948055409439 | | | | Opened  4/26/02  Last Active 10/07/07 Credit account | | | | |
| **Sears / Citibank SD** **Sears Premier Card** **P.O. Box 6189** **Sioux Falls, SD 57117** | | H | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Sears Credit Cards** **PO Box 183081** **Columbus, OH 43218** | | | | **Representing:** **Sears / Citibank SD** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **United Collection Bureau, Inc.** **5620 Southwyck Blvd.** **Toledo, OH 43614** | | | | **Representing:** **Sears / Citibank SD** | | | | **Notice Only** |

Sheet no.  __77__  of  __92__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**　　　　　　　　　　　　　　　Case No. _____
　　　 **MARIA S. CARRERA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121071958604120** <br><br>**Sears / Citibank SD** <br>**Sears Gold MasterCard** <br>**P.O. Box 6189** <br>**Sioux Falls, SD 57117** | | H | | **Opened  8/15/07  Last Active  9/23/07** <br>**Credit account** | | | | **Unknown** |
| Account No. <br><br>**Capital Management Services, LP** <br>**726 Exchange Street, Ste. 700** <br>**Buffalo, NY 14210** | | | | **Representing:** <br>**Sears / Citibank SD** | | | | **Notice Only** |
| Account No. **5121071959194717** <br><br>**Sears / Citibank SD** <br>**Sears Gold MasterCard** <br>**P.O. Box 6189** <br>**Sioux Falls, SD 57117** | | W | | **Opened  8/28/07  Last Active  9/23/07** <br>**Credit account** | | | | **Unknown** |
| Account No. <br><br>**Academy Collection Service, Inc.** <br>**P.O. Box 16119** <br>**Philadelphia, PA 19114** | | | | **Representing:** <br>**Sears / Citibank SD** | | | | **Notice Only** |
| Account No. <br><br>**Sears Credit Cards** <br>**PO Box 183082** <br>**Columbus, OH 43218** | | | | **Representing:** <br>**Sears / Citibank SD** | | | | **Notice Only** |

Sheet no. __**78**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
        **MARIA S. CARRERA**

Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5121079636148428** <br><br> **Sears / Citibank SD** <br> **Po Box 6189** <br> **Sioux Falls, SD 57117** | | W | | **Opened 10/26/01  Last Active  5/12/06** <br> **Credit account** | | | | **Unknown** |
| Account No. **513146530** <br><br> **Shell / Citi** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | | **Opened  9/10/99** <br> **Credit account** | | | | **Unknown** |
| Account No. **4352-3767-2119-0981** <br><br> **Target** <br> **Target National Bank** <br> **P.O. Box 59317** <br> **Minneapolis, MN 55459** | | J | | **2005 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,157.98** |
| Account No. <br><br> **Capital Management Services, LP** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | | **Representing:** <br> **Target** | | | | **Notice Only** |
| Account No. <br><br> **CCB Credit Services, Inc.** <br> **P.O. Box 272** <br> **Springfield, IL 62705** | | | | **Representing:** <br> **Target** | | | | **Notice Only** |

Sheet no. __**79**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,157.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Collectcorp Corporation** <br> **455 N. 3rd Street, Ste. 260** <br> **Phoenix, AZ 85004** | | | Representing: <br> **Target** | | | | **Notice Only** |
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | | | Representing: <br> **Target** | | | | **Notice Only** |
| Account No. 6035320076857109 <br><br> **The Home Depot / Citibank SD** <br> **Home Depot Credit Services** <br> **P.O. Box 653000** <br> **Dallas, TX 75265** | | W | **Opened 1/01/02 Last Active 12/10/10** <br> **ChargeAccount** | | | | **207.00** |
| Account No. 6035 3201 6027 2595 <br><br> **The Home Depot / Citibank SD** <br> **Home Depot Credit Services** <br> **P.O. Box 653000** <br> **Dallas, TX 75265** | | J | **2004 - 2008** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **6,660.99** |
| Account No. <br><br> **Firstsource Advantage, LLC** <br> **P.O. Box 628** <br> **Buffalo, NY 14240** | | | Representing: <br> **The Home Depot / Citibank SD** | | | | **Notice Only** |

Sheet no. __**80**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,867.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**
                                                 ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NCO Financial Systems** <br>**P.O. Box 17080** <br>**Wilmington, DE 19850** | | | Representing: <br>**The Home Depot / Citibank SD** | | | | **Notice Only** |
| Account No. **6035320679689503** <br><br>**The Home Depot / Citibank SD** <br>**Home Depot Credit Services** <br>**P.O. Box 653000** <br>**Dallas, TX 75265** | | J | **2005 - 2008** <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **4,199.90** |
| Account No. <br><br>**NCO Financial Systems** <br>**P.O. Box 15081** <br>**Wilmington, DE 19850** | | | Representing: <br>**The Home Depot / Citibank SD** | | | | **Notice Only** |
| Account No. **6035320051670766** <br><br>**The Home Depot / Citibank SD** <br>**Home Depot Credit Services** <br>**P.O. Box 653000** <br>**Dallas, TX 75265** | | J | **2004 - 2008** <br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **20,129.51** |
| Account No. <br><br>**NCO Financial Systems** <br>**P.O. Box 17080** <br>**Wilmington, DE 19850** | | | Representing: <br>**The Home Depot / Citibank SD** | | | | **Notice Only** |

Sheet no. __**81**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,329.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**                    Case No. _____
         **MARIA S. CARRERA**

_____ ,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **199355842972** <br><br> **U.S. Bank** <br> **U.S. Bank - FCPT** <br> **P.O. Box 2188** <br> **Oshkosh, WI 54903** | | J | **Opened  8/01/07 Last Active  1/02/08** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,627.12** |
| Account No. **DDA422481529** <br><br> **U.S. Bank** <br> **c/o Audit Systems Inc.** <br> **3696 Ulmerton Road, Ste. 200** <br> **Clearwater, FL 33762** | | J | **2005 - 2009** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **559.00** |
| Account No. **Case No. 2008 CH 00611** <br><br> **U.S. Bank, N.A.** <br> **c/o Pierce & Associates** <br> **1 N. Dearborn, #1300** <br> **Chicago, IL 60602** | | J | **on or about 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **711510662** <br><br> **U.S. Cellular** <br> **c/o Afni, Inc.** <br> **404 Brock Drive, P.O. Box 3517** <br> **Bloomington, IL 61702** | | J | **2006 - 2009** <br> **Telephone service** | | | | **454.64** |
| Account No. <br><br> **US Cellular / Chicago** <br> **c/o Account Recovery Service, Inc.** <br> **3031 N. 114th Street** <br> **Milwaukee, WI 53222** | | | **Representing:** <br> **U.S. Cellular** | | | | **Notice Only** |

| | | |
|---|---|---|
| Sheet no. __**82**__ of __**92**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **2,640.76** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
        **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **705776590** <br><br> **U.S. Cellular** <br> **c/o Credit Collection Services** <br> **Two Wells Avenue** <br> **Newton Center, MA 02459** | | J | | **2006 - 2009** <br> **Telephone service** | | | | **353.89** |
| Account No. <br><br> **US Cellular/Chicago/NW IN 869** <br> **c/o Valentine & Kebartas, Inc.** <br> **P.O. Box 325** <br> **Lawrence, MA 01842** | | | | **Representing:** <br> **U.S. Cellular** | | | | **Notice Only** |
| Account No. **960387117** <br><br> **U.S. Cellular** <br> **c/o Credit Collection Services** <br> **Two Wells Avenue** <br> **Newton Center, MA 02459** | | J | | **2006 - 2009** <br> **Telephone service** | | | | **574.41** |
| Account No. <br><br> **Afni, Inc.** <br> **P.O. Box 3427** <br> **Bloomington, IL 61702** | | | | **Representing:** <br> **U.S. Cellular** | | | | **Notice Only** |
| Account No. **549113035348** <br><br> **Unvl / Citi** <br> **P.O. Box 6241** <br> **Sioux Falls, SD 57117** | | W | | **Opened 12/20/02  Last Active 12/17/10** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **511.00** |

Sheet no. __83__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,439.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**
                                                          ,
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **T8001370-3**<br><br>**Veolia Environmental Services**<br>**4612 W. Lake Street**<br>**Melrose Park, IL 60160** | | J | | | **2005 - 2008**<br>**Claim for balance due on account for services rendered** | | | | **620.36** |
| Account No.<br><br>**Veolia ES Solid Waste Midwest, Inc.**<br>**c/o Receivable Management Services**<br>**PO Box 6484**<br>**Carol Stream, IL 60197** | | | | | **Representing:**<br>**Veolia Environmental Services** | | | | **Notice Only** |
| Account No. **49103-8380**<br><br>**Village of Lombard, Illinois**<br>**Utility Billing Division**<br>**255 E. Wilson Avenue**<br>**Lombard, IL 60148** | | J | | | **2006 - 2008**<br>**Claim for balance due for unpaid water bill for 415 W. Hickory Street** | | | | **148.56** |
| Account No.<br><br>**Village of Melrose Park, Illinois**<br>**Building Department**<br>**1000 N. 25th Avenue**<br>**Melrose Park, IL 60160** | | J | | | **2008 - 2009**<br>**Claim for balance due for services for 2115 Main Street** | | | | **140.00** |
| Account No.<br><br>**Village of Melrose Park, Illinois**<br>**1000 N. 25th Avenue**<br>**Melrose Park, IL 60160** | | J | | | **on or about 2006 - 2009**<br>**Various claims on account of ordinance violations and  unpaid water bills, including all fees, costs and interest** | | | | **Unknown** |

Sheet no. __**84**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**908.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4019811430335423** <br><br> **Visdsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | W | **Opened  8/19/06 Last Active  4/22/10** <br> **Credit account** | | | | **0.00** |
| Account No. **772558656** <br><br> **Washington Mutual** <br> **c/o GC Services Limited Partnership** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | J | **2005 - 2009** <br> **Claim for balance due on account** | | | | **18,768.13** |
| Account No. **0755902079** <br><br> **Washington Mutual** <br> **PO Box 9001123** <br> **Louisville, KY 40290** | | J | **on or about 2007 - 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **Washington Mutual** <br> **PO Box 44016** <br> **Jacksonville, FL 32231** | | | **Representing:** <br> **Washington Mutual** | | | | **Notice Only** |
| Account No. **3013744663** <br><br> **Washington Mutual** <br> **PO Box 9001123** <br> **Louisville, KY 40290** | | J | **on or about 2007 - 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |

Sheet no. __**85**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,768.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
     **MARIA S. CARRERA**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3013743772 <br><br> **Washington Mutual** <br> **PO Box 9001123** <br> **Louisville, KY 40290** | | J | on or about 2007 - 2008 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. 0772558656 <br><br> **Washington Mutual** <br> **PO Box 78065** <br> **Phoenix, AZ 85062** | | J | on or about 2007 - 2008 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **Law Offices of Mitchell N. Kay** <br> **205 W. Randolph Street, Ste. 920** <br> **Chicago, IL 60606** | | | **Representing:** <br> **Washington Mutual** | | | | **Notice Only** |
| Account No. <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Road** <br> **Philadelphia, PA 19154** | | | **Representing:** <br> **Washington Mutual** | | | | **Notice Only** |
| Account No. <br><br> **Washington Mutual** <br> **PO Box 9001123** <br> **Louisville, KY 40290** | | J | **2005 to present** <br> **Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |

Sheet no. __86__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case No. 2007 CH 35275** <br><br> **Washington Mutual Bank** <br> **c/o Fisher & Shapiro, LLC** <br> **2121 Waukegan Road, #301** <br> **Deerfield, IL 60015** | | J | **on or about 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. **152-8121004-2008-0** <br><br> **Waste Management** <br> **Waste Management of Illinois** <br> **PO Box 4648** <br> **Carol Stream, IL 60197** | | J | **2005 - 2008** <br> **Claim for balance due on account of services rendered at 8112 Grand Avenue, River Grove, IL** | | | | **101.84** |
| Account No. <br><br> **Receivable Management Services** <br> **4836 Brecksville Road** <br> **P.O. Box 523** <br> **Richfield, OH 44286** | | | **Representing:** <br> **Waste Management** | | | | **Notice Only** |
| Account No. **20081528121439** <br><br> **Waste Management Residential** <br> **c/o Receivable Management Services** <br> **4836 Brecksville Road** <br> **Richfield, OH 44286** | | J | **2005 - 2008** <br> **Claim for balance due on account** | | | | **41.28** |
| Account No. **4465422000** <br><br> **Wells Fargo Bank** <br> **Po Box 5445** <br> **Portland, OR 97228** | | J | **Opened  3/31/95  Last Active 11/30/03** <br> **Credit account** | | | | **Unknown** |

Sheet no. __87__ of __92__ sheets attached to Schedule of               Subtotal | **143.12**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
    **MARIA S. CARRERA**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Case No.2008 CH K 134** <br><br> **Wells Fargo Bank, N.A.** <br> **c/o Snyder, Park and Nelson, P.C.** <br> **1600 4th Avenue, PO Box 3700** <br> **Rock Island, IL 61204** | | J | on or about 2008 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **RCS Recovery Services, LLC** <br> **1449 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | | **Representing:** <br> **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. **Case No. 2007 CH 002874** <br><br> **Wells Fargo Bank, N.A.** <br> **101 N. Phillips Avenue** <br> **Sioux Falls, SD 57104** | | J | on or about 2007 - 2008 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **RCS Recovery Services, LLC** <br> **1449 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | | **Representing:** <br> **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. **650 8005486** <br><br> **Wells Fargo Bank, N.A.** <br> **PO Box 54780** <br> **Los Angeles, CA 90054** | | J | on or about 2007 - 2008 <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |

Sheet no. __**88**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
**MARIA S. CARRERA**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Enhanced Recovery Corp.** **Enhanced Recovery Co., LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | | | | | **Representing:** **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **RCS Recovery Services, LLC** **1449 West Palmetto Park Road** **Suite 140** **Boca Raton, FL 33486** | | | | | **Representing:** **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. 650 7284764 | | | | | **on or about 2007 - 2008** **Claim for deficiency balance in mortgage loan and escrow account** | | | | |
| **Wells Fargo Bank, N.A.** **PO Box 54780** **Los Angeles, CA 90054** | J | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Enhanced Recovery Corp.** **Enhanced Recovery Co., LLC** **8014 Bayberry Road** **Jacksonville, FL 32256** | | | | | **Representing:** **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **RCS Recovery Services, LLC** **1449 West Palmetto Park Road** **Suite 140** **Boca Raton, FL 33486** | | | | | **Representing:** **Wells Fargo Bank, N.A.** | | | | **Notice Only** |

Sheet no. **89** of **92** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GUADALUPE CARRERA,**
       **MARIA S. CARRERA**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Tiburon Financial L.L.C.** <br> **218A S. 108th Avenue** <br> **Omaha, NE 68154** | | J | | **Representing:** <br> **Wells Fargo Bank, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **Wells Fargo Bank, N.A.** <br> **PO Box 54780** <br> **Los Angeles, CA 90054** | | J | | **2005 to present** <br> **Any and all claims for deficiency balances in mortgage loans and escrow accounts** | | | | **Unknown** |
| Account No. 0037356433 <br><br> **Wells Fargo Home Mortgage** <br> **PO Box 660455** <br> **Dallas, TX 75266** | | J | | **on or about 2007 - 2008** <br> **Claim for deficiency balance in mortgage loan and escrow account** | | | | **Unknown** |
| Account No. <br><br> **RCS Recovery Services, LLC** <br> **1449 West Palmetto Park Road** <br> **Suite 140** <br> **Boca Raton, FL 33486** | | | | **Representing:** <br> **Wells Fargo Home Mortgage** | | | | **Notice Only** |
| Account No. 585637101702 <br><br> **WFNNB / Dress Barn** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | | **Opened 11/05/04  Last Active  1/31/05** <br> **Charge Account** | | | | **0.00** |

Sheet no. __**90**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **GUADALUPE CARRERA,**
         **MARIA S. CARRERA**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **585637337717** <br><br> **WFNNB / Eddie Bauer** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | Opened  6/06/06  Last Active  8/31/06 <br> **Charge Account** | | | | 0.00 |
| Account No. **36083** <br><br> **WFNNB / Express / Structure** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | W | Opened  6/08/06  Last Active  12/10/10 <br> **Claim due on account for merchandise purchased on credit** | | | | 48.00 |
| Account No. **5856370688733840** <br><br> **WFNNB / Harlem Furniture** <br> **-RoomPlace** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | H | Opened  5/24/03  Last Active  1/01/08 <br> **Claim due on account for merchandise purchased on credit** | | | | 9,476.00 |
| Account No. <br><br> **Weltman, Weinberg & Reis Co.** <br> **175 South 3rd Street, Ste. 900** <br> **Columbus, OH 43215** | | | Representing: <br> **WFNNB / Harlem Furniture -RoomPlace** | | | | Notice Only |
| Account No. **585637068842** <br><br> **WFNNB / Harlem Furniture** <br> **-RoomPlace** <br> **WFNNB - Bankruptcy Department** <br> **P.O. Box 182125** <br> **Columbus, OH 43218** | | J | Opened  7/26/02  Last Active  8/25/09 <br> **Claim due on account for merchandise purchased on credit** | | | | 2,610.00 |

Sheet no. __91__ of __92__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **12,134.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **GUADALUPE CARRERA,**   Case No. _____
      **MARIA S. CARRERA**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **29624**<br><br>**WFNNB / Victoria's Secret**<br>**WFNNB - Bankruptcy Department**<br>**P.O. Box 182125**<br>**Columbus, OH 43218** | | W | | | Opened  7/22/98  Last Active 11/01/98<br>**Charge Account** | | | | 0.00 |
| Account No.<br><br>**Zebrowska, Bogumila**<br>**8549 Grand Avenue, Apt. #2E**<br>**River Grove, IL 60171** | | J | | | **on or about 12/5/2007**<br>**Claim for personal injuries and/or property damage allegedly incurred in automobile collision in or near River Grove, Illinois.** | | | | 2,935.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __**92**__ of __**92**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,935.00**

Total
(Report on Summary of Schedules)   **669,979.14**

B6G (Official Form 6G) (12/07)

.

In re    **GUADALUPE CARRERA,**                                      Case No. _____
         **MARIA S. CARRERA**

_____,
                                Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Jesus Carrera**<br>**248 Dewey**<br>**Northlake, IL 60164** | **Debtors are lessees in residence lease for 328 N.**<br>**Prater Avenue, Northlake, Illinois** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **GUADALUPE CARRERA,**
      **MARIA S. CARRERA**

Case No. _____

———————————————————————————————,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **GUADALUPE CARRERA**
**MARIA S. CARRERA**                                                Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Grandson Daughter Son Daughter** | AGE(S): **1 year 16 years 19 years 4 years** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **salesman** | |
| Name of Employer | **G C Granite Design, Inc.** | **none at present** |
| How long employed | **1 year** | |
| Address of Employer | **1629 N. 31st Avenue Melrose Park, IL 60160** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **6,014.33** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,014.33** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **1,220.90** | $ | **0.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
|  | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,220.90** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,793.43** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
|  | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
|  | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,793.43** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **4,793.43** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **GUADALUPE CARRERA**
**MARIA S. CARRERA**         Case No. _____
                                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
|    a. Are real estate taxes included?    Yes ____    No **X** | | |
|    b. Is property insurance included?    Yes ____    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|               b. Water and sewer | $ | 80.00 |
|               c. Telephone | $ | 300.00 |
|               d. Other   **Cable TV & internet service & telephone** | $ | 190.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 691.66 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 0.00 |
|               b. Life | $ | 0.00 |
|               c. Health | $ | 0.00 |
|               d. Auto | $ | 100.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 0.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 525.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $     **4,811.66**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,793.43 |
| b.    Average monthly expenses from Line 18 above | $ | 4,811.66 |
| c.    Monthly net income (a. minus b.) | $ | -18.23 |

**B6J (Official Form 6J) (12/07)**

In re  **GUADALUPE CARRERA**
     **MARIA S. CARRERA**                                      Case No. _____
                               Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Misc. sundry items | $ | 50.00 |
| Personal grooming | $ | 75.00 |
| College tuition | $ | 250.00 |
| Children's school expenses (supplies, activities) | $ | 150.00 |
| **Total Other Expenditures** | $ | **525.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **GUADALUPE CARRERA**
**MARIA S. CARRERA**

_____
Debtor(s)

Case No. _____

Chapter   **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **124** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 30, 2011**  _____

Signature  **/s/ GUADALUPE CARRERA**
          **GUADALUPE CARRERA**
          Debtor

Date  **April 30, 2011**  _____

Signature  **/s/ MARIA S. CARRERA**
          **MARIA S. CARRERA**
          Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **GUADALUPE CARRERA**
       **MARIA S. CARRERA**                                   Case No.

                                        Debtor(s)               Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $22,460.00 | 2010: Both Employment Income |
| $21,077.00 | 2009: Both Employment Income |
| $18,042.99 | 2011 YTD: Both Employment Income |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing
☐   of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LaSalle Bank, N.A. vs. Guadalupe Carrera, Maria S. Carrera, et. al. Case No. 2008 CH 08954** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 6/18/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |
| **IndyMac Bank FSB vs. Guadalupe Carrera, Maria Carrera, et. al. Case No. 2008 CH 04184** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 5/19/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |
| **U.S. Bank, N.A. vs. Guadalupe Carrera, Maria S. Carrera, et. al. Case No. 2008 CH 00611** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 6/26/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Countrywide Home Loans vs. Guadalupe Carrera, Maria S. Carrera, et. al.** **Case No. 2008 CH 00540** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 5/2/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |
| **Citibank, N.A. vs. Guadalupe Carrera, Maria S. Carrera, et. al.** **Case No. 2007 CH 37493** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **pending and unresolved** |
| **Countrywide Home Loans, Inc. vs. Guadalupe Carrera, Maria S. Carrera, et. al.** **Case No. 2007 CH 37267** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 4/17/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Washington Mutual Bank vs. Guadalupe Carrera, et. al.**<br>**Case No. 2007 CH 35275** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 4/16/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |
| **Midland Funding vs. Guadalupe Carrera, Lupe Carrera, et. al.**<br>**Case No. 2009 M1-197230** | **Debtor is the Defendant in a lawsuit claiming monies owed, plus interest and court costs; see Schedule F** | **Circuit Court of Cook County, Illinois** | **Ex-parte judgment entered against Debtor on 6/7/2010** |
| **Deutsche Bank National vs. Maria S. Carrera, et. al.**<br>**Case No. 2007 CH 34393** | **Debtor is a Defendant in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of Cook County, Illinois** | **Judgment of Foreclosure and Sale entered on 3/25/2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National City Mortgage vs. Maria S. Carrera, Guadalupe Carrera, et. al. Case No. 2008 CH K 134** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court of the 16th Judicial Circuit, Kane County, Illinois** | **Judgment of Foreclosure and Sale entered in 2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |
| **Deutsche Bank National Trust Company vs. Guadalupe Carrera, et. al. Case No. 2007 CH 002874** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois** | **Judgment of Foreclosure and Sale entered in 2008; real estate sold at public auction for an amount less than the judgment amount, leaving a deficiency balance due and owing from the Debtors** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno**<br>**1807 N. Broadway**<br>**Melrose Park, IL 60160** | **November 11, 2010 & March 28, 2011** | **$1,500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

**10. Other transfers**

None
■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **328 N. Prater Avenue, Northlake, Illinois  60164** | **GUADALUPE CARRERA**<br>**MARIA S. CARRERA** | **12/2007 to present** |
| **10449 W. Lyndale, Northlake, Illinois  60164** | **GUADALUPE CARRERA**<br>**MARIA S. CARRERA** | **2005 to 12/2007** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Carrera Granite Works, Inc.** | **20-2520635** | **formerly Carrera Developing & Remodeling, Inc.** **10449 W. Lyndale Avenue** **Northlake, IL 60164** | **Home remodeling, construction and granite top installation work. Debtor husband was the sole shareholder and officer of record.** | **on or about 1/14/2005 to on or about 6/12/2009** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Olsen's Accounting and Tax Service**                    **on or about 2007 - 2008**
**19 N. River Street**
**Batavia, IL 60510**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS
**Guadalupe Carrera**                                        **328 N. Prater Avenue**
                                                             **Northlake, IL 60164**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **on or about June, 2009** | **Guadalupe Carrera** | **approximately $500.00 in misc. supplies and materials, consisting of lumber, drywall, granite & marble stone remnants,  valued at cost.** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **on or about June, 2009** | **Guadalupe Carrera** <br> **328 N. Prater Avenue** <br> **Northlake, IL 60164** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **April 30, 2011**                         Signature    **/s/ GUADALUPE CARRERA**
                                                                **GUADALUPE CARRERA**
                                                                Debtor


Date  **April 30, 2011**                         Signature    **/s/ MARIA S. CARRERA**
                                                                **MARIA S. CARRERA**
                                                                Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **GUADALUPE CARRERA**
     **MARIA S. CARRERA**                           Case No. _____
                                         Debtor(s)      Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
   ☐ Surrendered               ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April 30, 2011**            Signature  **/s/ GUADALUPE CARRERA**
                                               **GUADALUPE CARRERA**
                                               Debtor

Date  **April 30, 2011**            Signature  **/s/ MARIA S. CARRERA**
                                               **MARIA S. CARRERA**
                                               Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **GUADALUPE CARRERA**
**MARIA S. CARRERA**

Case No. _____

_____ Debtor(s)

Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,201.00 |
| Prior to the filing of this statement I have received | $ | 1,201.00 |
| Balance Due | $ | 1,000.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 30, 2011** _____

**/s/ Gregory D. Bruno**
**Gregory D. Bruno**
**Law Offices of Gregory D. Bruno**
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544   Fax: (708) 343-4670**

AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this _11th_ day of _NOVEMBER_, _2010_, by and between _GUADALUPE CARRERA_ (and _MARIA S. CARRERA_), hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to be rendered by the Attorney on behalf of the Client in contemplation of or in connection with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the Attorney for such legal services shall be $ _2,500.00_, which does/does not include the bankruptcy filing fee of $299.00, and which does/does not include a credit report fee of $ _70.00_. In this regard, Client agrees to deposit $ _500.00_ of the minimum fee as a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to pay the balance of the minimum fee within _4 MONTHS_ thereafter. (Attorney hereby acknowledges receipt of the sum of $ _500.00_ from Client on _1/11/10_).

In return for the above-disclosed minimum fee, Attorney hereby agrees to render legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the

2

commitment to provide legal services in the future.  Ownership of this retainer passes to the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion.  While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client  Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.


**The undersigned hereby acknowledges that he or she has read and does**

**accept the foregoing Agreement.**


Signed: _____     Dated: 11/11/10 _____


Signed: _____     Dated: 11/11/10 _____


Signed: _____     Dated: 11/11/10 _____

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **GUADALUPE CARRERA**
　　　　**MARIA S. CARRERA**
　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

　　　I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**GUADALUPE CARRERA**
**MARIA S. CARRERA**
Printed Name(s) of Debtor(s)

Case No. (if known)

X  **/s/ GUADALUPE CARRERA**　　　　**April 30, 2011**
　　Signature of Debtor　　　　　　　　　Date

X  **/s/ MARIA S. CARRERA**　　　　　**April 30, 2011**
　　Signature of Joint Debtor (if any)　　Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **GUADALUPE CARRERA**
**MARIA S. CARRERA**
_____
Debtor(s)

Case No. _____
Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **538**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 30, 2011**
_____

**/s/ GUADALUPE CARRERA**
_____
**GUADALUPE CARRERA**
Signature of Debtor

Date:   **April 30, 2011**
_____

**/s/ MARIA S. CARRERA**
_____
**MARIA S. CARRERA**
Signature of Debtor

Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114


Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114


Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114


Academy Collection Service, Inc.
P.O. Box 16119
Philadelphia, PA 19114


ADT Security Services
P.O. Box 650485
Dallas, TX 75265


Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702


Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702


Afni, Inc.
P.O. Box 3427
Bloomington, IL 61702


AllianceOne Receivables Mgmt Inc.
P.O. Box 211128
Eagan, MN 55121


Allied Data Corporation
13111 Westheimer, Ste. 400
Houston, TX 77077


Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231

Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, Inc.
P.O. Box 6124
Carol Stream, IL 60197


Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Allstate Indemnity Company
75 Executive Parkway
Hudson, OH 44237


Allstate Indemnity Company
75 Executive Parkway
Hudson, OH 44237


Allstate Insurance Company
Allstate Property & Casualty Ins Co
75 Executive Parkway
Hudson, OH 44237


American Coradius International LLC
6341 Inducon Drive East
Sanborn, NY 14132


American Financial Management, Inc.
3715 Ventura Drive
Arlington Heights, IL 60004

ARS National Services, Inc.
P.O. Box 463023
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046


Aurora Loan Services
10350 Park Meadows Dr St
Littleton, CO 80124


Aurora Loan Services
10350 Park Meadows Dr St
Littleton, CO 80124


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065


Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Baker & Miller, P.C.
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650


Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650


Bally Total Fitness
12440 E Imperial Hwy #30
Norwalk, CA 90650


Bank of America, NA
P.O. Box 17054
Wilmington, DE 19850


Bank of America, NA
P.O. Box 17054
Wilmington, DE 19850


Bank of America, NA
P.O. Box 15726
Wilmington, DE 19886


Bank of America, NA
P.O. Box 15726
Wilmington, DE 19886


Best Buy Co., Inc.
c/o Retail Services
P.O. Box 17298
Baltimore, MD 21297


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Budzik & Dynia, LLC
4849 N. Milwaukee Avenue, Ste. 801
Chicago, IL 60630

Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, LP
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Carsons / Carson Pirie Scott
c/o Retail Services
P.O. Box 17264
Baltimore, MD 21297


CBE Group
131 Tower Park Drive, Ste. 100
Waterloo, IA 50701


CBE Group
131 Tower Park Drive, Ste. 100
Waterloo, IA 50701

CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705

CCS
Credit Service Division
P.O. Box 17800
Las Vegas, NV 89114

Central Credit Services, Inc.
P.O. Box 15118
Jacksonville, FL 32239

Central Credit Services, Inc.
P.O. Box 15118
Jacksonville, FL 32239

Central Portfolio Control
6640 Shady Oak Road, #300
Eden Prairie, MN 55344

Central Portfolio Control, Inc.
6640 Shady Oak Road, #300
Eden Prairie, MN 55344

Chase
Po Box 71
Phoenix, AZ 85001

Chase / Chase Bank USA, N.A.
P.O. Box 1093
Northridge, CA 91328

Chase / Chase Bank USA, N.A.
3990 S Babcock St
Melbourne, FL 32901

Chase / Chase Bank USA, N.A.
Po Box 1093
Northridge, CA 91328

Chase / Chase Bank USA, N.A.
Po Box 1093
Northridge, CA 91328

Chase / Chase Bank USA, N.A.
Po Box 1093
Northridge, CA 91328


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Bank USA, N.A.
c/o Allied Data Corp.
13111 Westheimer, Ste. 400
Houston, TX 77077


Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219


Chase Home Finance LLC
3415 Vision Drive
Columbus, OH 43219


Chrysler Financial
999 Oakmont Plaza Dr
Westmont, IL 60559


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi Cards
P.O. Box 45129
Jacksonville, FL 32232


Citibank (South Dakota), N.A.
c/o Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901

```
Citibank (South Dakota), N.A.
c/o Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901


Citibank (South Dakota), N.A.
c/o Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901


Citibank (South Dakota), N.A.
CitiBusiness Platinum Select Card
P.O. Box 688904
Des Moines, IA 50368


Citibank (South Dakota), N.A.
CitiBusiness Platinum Select Card
P.O. Box 688904
Des Moines, IA 50368


Citibank (South Dakota), N.A.
c/o Sears Credit Cards
P.O. Box 183081
Columbus, OH 43218


Citibank (South Dakota), N.A.
c/o Sears Credit Cards
P.O. Box 183081
Columbus, OH 43218


Citibank (South Dakota), N.A.
c/o Sears Credit Cards
P.O. Box 183082
Columbus, OH 43218


Citibank (South Dakota), N.A.
c/o Sears Credit Cards
P.O. Box 183081
Columbus, OH 43218


Citibank Credit Services, Inc.
PO Box 39308
Solon, OH 44139
```

Citibank, N.A.
PO Box 769006
San Antonio, TX 78245


Citibank, N.A.
Po Box 769006
San Antonio, TX 78245


Citibank, N.A.
Po Box 769006
San Antonio, TX 78245


Citibank, N.A.
c/o Martin F. Hauselman
39 S. LaSalle Street
Chicago, IL 60603


Citibank, N.A.
PO Box 209012
Brooklyn, NY 11220


CitiMortgage
1111 Northpoint Drive, Ste. 100
Coppell, TX 75019


CitiMortgage
1111 Northpoint Drive, Ste. 100
Coppell, TX 75019


CitiMortgage Inc
P.O. Box 9438
Gaithersburg, MD 20898


City of Northlake, Illinois
c/o Municipal Collection Services
P.O. Box 666
Lansing, IL 60438


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301


Collectcorp Corporation
455 N. 3rd Street, Ste. 260
Phoenix, AZ 85004

Com Ed
c/o Harvard Collection Services Inc
4839 N. Elston Avenue
Chicago, IL 60630


Comcast
P.O. Box 3002
Southeastern, PA 19398


Comcast
P.O. Box 3002
Southeastern, PA 19398


Commonwealth Edison
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Consecofinance
345 St Peter/900 Landmk
Saint Paul, MN 55102


Consecofinance
345 St Peter/900 Landmk
Saint Paul, MN 55102


Continental Western Insurance
c/o Wilber Law Firm, P.C.
P.O. Box 2155
Bloomington, IL 61702


Contractor Supply Warehouse, Inc.
P.O. Box 4733
Asheboro, NC 27204


Countrywide Home Loans
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, Ste. 100
Burr Ridge, IL 60527


Countrywide Home Loans
Special Loans Dept., SV2-83
PO Box 10227
Van Nuys, CA 91410

```
Countrywide Home Loans
PO Box 650225
Dallas, TX 75265


Countrywide Home Loans
PO Box 650070
Dallas, TX 75265


Countrywide Home Loans
PO Box 650070
Dallas, TX 75265


Countrywide Home Loans
PO Box 650070
Dallas, TX 75265


Countrywide Home Loans Inc.
c/o Pierce & Associates
1 N. Dearborn, #1300
Chicago, IL 60602


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042
```

Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Control, LLC
5757 Phantom Drive, Ste. 330
Hazelwood, MO 63042


Credit Protection Association
13355 Noel Rd., Ste 2100
Dallas, TX 75240


Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste. 110
Aurora, CO 80014


Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste. 110
Aurora, CO 80014

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


Dept. of Treasury - I.R.S.
c/o U.S. Attorney
219 S. Dearborn Street
Chicago, IL 60604


Deutsche Bank National
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road
Burr Ridge, IL 60527


Deutsche Bank National Trust Co.
c/o Pierce & Associates
1 N. Dearborn
Chicago, IL 60602


Deutsche Bank Trust Company
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road
Burr Ridge, IL 60527


Direct Brands
c/o Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Discover Bank
c/o Baker & Miller
29 N. Wacker Drive, Ste. 500
Chicago, IL 60606


Discover Card / Discover Bank
Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850


DISH Network
Dept 0063
Palatine, IL 60055

Dupage County Clerk
c/o AllianceOne
6565 Kimball Dr. Suite 200
Gig Harbor, WA 98335


Emerald Hills Condominium Assoc.
1908 Wright Blvd.
Schaumburg, IL 60193


Encore Receivable Management Inc.
400 N. Rogers Road
P.O. Box 7000
Olathe, KS 66063


Encore Receivable Management Inc.
400 N. Rogers Road
P.O. Box 7000
Olathe, KS 66063


Encore Receivable Management Inc.
400 N. Rogers Road
P.O. Box 7000
Olathe, KS 66063


Encore Receivable Management Inc.
400 N. Rogers Road
P.O. Box 7000
Olathe, KS 66063


Enhanced Recovery Corp.
Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Corp.
Enhanced Recovery Co., LLC
8014 Bayberry Road
Jacksonville, FL 32256


Ever Safe Security Systems Inc.
c/o Rosenthal, Morgan, and Thomas,
12747 Olive Blvd, Ste. 250
Saint Louis, MO 63141

FIA Card Services
FIA Card Services, N.A.
P.O. Box 851001
Dallas, TX 75285


FIA Card Services
FIA Card Services, N.A.
P.O. Box 851001
Dallas, TX 75285


FIA Card Services
FIA Card Services, N.A.
P.O. Box 851001
Dallas, TX 75285


FIA Card Services
FIA Card Services, N.A.
P.O. Box 851001
Dallas, TX 75285


Fifth Third Bank
Fifth Third Center
Cincinnati, OH 45263


Fifth Third Bank
c/o Regional Adjustment Bureau, Inc
7000 Goodlett Farms Pkwy, Box 34111
Memphis, TN 38016


Fifth Third Bank
PO Box 598
Amelia, OH 45102


Fifth Third Bank (Chicago)
c/o Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue, Ste. 200
Cleveland, OH 44113


Financial Asset Mgmt Systems, Inc
P.O. Box 451409
Atlanta, GA 31145


Financial Asset Mgmt Systems, Inc
P.O. Box 451409
Atlanta, GA 31145

Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438

First BankCard
c/o Platinum Recovery Solutions
P.O. Box 541090
Omaha, NE 68154

First National Bank Omaha
P.O. Box 2557
Omaha, NE 68103

Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240

Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240

Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240

Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098

Fnb Omaha
P.O. Box 3412
Omaha, NE 68197

Ford Credit
Po Box Box 542000
Omaha, NE 68154

Frederick J. Hanna & Associates
1655 Enterprise Way
Marietta, GA 30067

Frederick J. Hanna & Associates
1655 Enterprise Way
Marietta, GA 30067

G M A C
15303 S 94th Ave
Orland Park, IL 60462

Gap
P.O. Box 530942
Atlanta, GA 30353

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

GE Capital
c/o Weltman, Weinberg & Reis Co.
175 South 3rd Street, Ste. 900
Columbus, OH 43215

GE Capital
c/o Academy Collection Service, Inc
P.O. Box 16119
Philadelphia, PA 19114

GE Capital - JCPenney Consumer
c/o Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009

GE Money Bank / Banana Republic
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

GE Money Bank / Car Care One
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

```
GE Money Bank / Casual Corner
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Gap
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / JCPenney
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / LensCrafters
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Lord & Taylor
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Old Navy
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076
```

GE Money Bank / Old Navy
Attn:  Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GE Money Bank / Sam's Club
Attn:  Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


Gevalia Kaffe
c/o North Shore Agency, Inc.
P.O. Box 9205
Old Bethpage, NY 11804


GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702


Gottlieb Memorial Hospital
c/o Powers & Moon, LLC
707 Lake Cook Road, Ste. 102
Deerfield, IL 60015


Harlem Furniture / The RoomPlace
P.O. Box 659704
San Antonio, TX 78265


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661

Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris & Harris, Ltd.
600 W. Jackson Blvd., Ste. 400
Chicago, IL 60661


Harris Trust & Savings
111 W Monroe St
Chicago, IL 60603

```
Homecomings Financial
GMAC
PO Box 9001719
Louisville, KY 40290


Homecomings Financial
GMAC
PO Box 9001719
Louisville, KY 40290


Household Retail Services
c/o Houston Funding II, Ltd.
2620 Fountainview #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057
```

```
Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057
```

Houston Funding II, Ltd.
2620 Fountainview, #305
Houston, TX 77057


HSBC / Carsons
Po Box 15521
Wilmington, DE 19805


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


HSBC Bank / Best Buy
Po Box 15519
Wilmington, DE 19850


HSBC Bank / Best Buy
Po Box 15519
Wilmington, DE 19850


HSBC Bank / Carsons
P.O. Box 15521
Wilmington, DE 19805


HSBC Bank / Carsons
Po Box 15521
Wilmington, DE 19805


HSBC Bank / Menards
90 Christiana Road
New Castle, DE 19720


HSBC Bank / Menards
90 Christiana Rd
New Castle, DE 19720


HSBC Bank / Menards
90 Christiana Rd
New Castle, DE 19720


HSBC Bank / Neiman Marcus
Po Box 15221
Wilmington, DE 19850

HSBC Bank / Retail Services
90 Christiana Rd
New Castle, DE 19720


HSBC Bank Nevada NA
c/o Weltman, Weinberg & Reis Co.
175 South 3rd Street, Ste. 900
Columbus, OH 43215


HSBC Bank Nevada, NA
c/o Central Portfolio Control Inc.
6640 Shady Oak Road, #300
Eden Prairie, MN 55344


HSBC Bank Nevada, NA
c/o Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


HSBC Bank Nevada, NA / Menards
c/o Firstsource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240


HSBC Retail Services / Best Buy
P.O. Box 4144
Carol Stream, IL 60197


HSBC Retail Services / Carsons
P.O. Box 4144
Carol Stream, IL 60197


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794


Independence Receivables Corp.
c/o Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


Independence Receivables Corp.
c/o Monarch Recovery Management
10965 Decatur Road
Philadelphia, PA 19154

Indymac Bank
PO Box 78826
Phoenix, AZ 85062


Indymac Bank
IndyMac Federal Bank
PO Box 78826
Phoenix, AZ 85062


IndyMac Bank FSB
c/o Pierce & Associates
1 N. Dearborn, #1300
Chicago, IL 60602


IndyMac Federal Bank
Home Loan Servicing
6900 Beatrice Drive
Kalamazoo, MI 49009


International Granite & Marble Corp
1450 Lunt Avenue
Elk Grove, IL 60007


JC Penney Consumer
c/o Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231


JCPenney
P.O. Box 960090
Orlando, FL 32896


JCPenney
P.O. Box 960090
Orlando, FL 32896


JCPenney
P.O. Box 960090
Orlando, FL 32896


Jesus Carrera
248 Dewey
Northlake, IL 60164

JPM Chase Home Finance
c/o Vital Recovery Services, Inc.
PO Box 923747
Norcross, GA 30010


JPMorgan Chase Bank
c/o Fisher & Shapiro, LLC
2121 Waukegan Road, #301
Deerfield, IL 60015


Kohl's / Chase Bank USA, NA
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Kohl's / Chase Bank USA, NA
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201


LaSalle Bank, N.A.
c/o Heavner Scott & Beyers
111 E. Main Street, #200
Decatur, IL 62523


Law Offices of Barry Serota & Assoc
PO Box 1008
Arlington Heights, IL 60006


Law Offices of Mitchell N. Kay
205 W. Randolph Street, Ste. 920
Chicago, IL 60606


Leyden Township
2501 N. Mannheim Road
Franklin Park, IL 60131


LHR, Inc.
56 Main Street
Hamburg, NY 14075

LTD Financial Services, L.P.
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
c/o Allied Interstate, Inc.
3000 Corporate Exchange Drive
Columbus, OH 43231

LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Memorial Park District
c/o Sonnenschein Financial Svcs
2 Transam Plaza Dr Ste 3
Oakbrook Terrace, IL 60181


Menards
c/o Retail Services
PO Box 17602
Baltimore, MD 21297


Mercantile Adjustment Bureau, LLC
P.O. Box 9016
Williamsville, NY 14231


Merchants & Medical
Credit Corporation
6324 Taylor Drive
Flint, MI 48507


Midland Funding
c/o Blatt, Hasenmiller, Leibsker
125 S. Wacker Drive, Ste.400
Chicago, IL 60606

```
Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060
```

Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midwest Clinical Imaging - Radiolog
Department 4418
Carol Stream, IL 60122


Monarch Recovery Management Inc.
(formerly Academy Collection Svc)
10965 Decatur Road
Philadelphia, PA 19154


Mosaico Book Club
P.O. Box 6432
Camp Hill, PA 17012


Mosaico Book Club
O.O. Box 916536
Indianapolis, IN 46291


National City Mortgage
c/o Steven L. Nelson
1600 4th Avenue, Ste. 200
Rock Island, IL 61201


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139


National Enterprise Systems
29125 Solon Road
Solon, OH 44139

Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067


Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
P.O. Box 100029
Kennesaw, GA 30156


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319

Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nationwide Credit, Inc.
2002 Summit Blvd., Ste. 600
Atlanta, GA 30319


Nbgl-Carsons
140 W Industrial Dr
Elmhurst, IL 60126


Nbgl-Carsons
140 W Industrial Dr
Elmhurst, IL 60126


Ncb Ne Er
4661 E Main St
Columbus, OH 43213


Ncb Ne Er
4661 E Main St
Columbus, OH 43213


NCO Financial Systems
P.O. Box 17080
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850

```
NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 17080
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 17080
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850
```

NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


NCO Financial Systems
P.O. Box 15081
Wilmington, DE 19850


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nelson, Watson & Associates, LLC
80 Merrimack Street Lower Level
Haverhill, MA 01830


Nicor Energy Services
c/o NCO Financial Systems
PO Box 15740
Wilmington, DE 19850


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225


Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225


OneWest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009


Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601


Peoples United Bank
850 Main St
Bridgeport, CT 06604


Pnc Mortgage
6 N Main St
Dayton, OH 45402


Pnc Mortgage
6 N Main St
Dayton, OH 45402


Pnc Mortgage
6 N Main St
Dayton, OH 45402


Principal Residentl Mtg
711 High St
Des Moines, IA 50392


Principal Residentl Mtg
711 High St
Des Moines, IA 50392

Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Professional Bureau of Collections
of Maryland, Inc.
P.O. Box 628
Elk Grove, CA 95759


Protocol Recovery Service, Inc.
509 Mercer Avenue
Panama City, FL 32401


Protocol Recovery Service, Inc.
509 Mercer Avenue
Panama City, FL 32401


Protocol Recovery Service, Inc.
509 Mercer Avenue
Panama City, FL 32401


RBS Citizens NA
RBS Card Services
1000 Lafayette Blvd.
Bridgeport, CT 06604


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486

RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486

RCS Recovery Services, LLC
1449 West Palmetto Park Road
Suite 140
Boca Raton, FL 33486


Real Time Resolutions
1750 Regal Row
Dallas, TX 75235


Receivable Management Services
4836 Brecksville Road
P.O. Box 523
Richfield, OH 44286


Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009


Redline Recovery Services, LLC
11675 Rainwater Drive, Ste. 350
Alpharetta, GA 30009


Rena Ware International
8383 158th Ave Ne
Redmond, WA 98052


Rena Ware International
8383 158th Ave Ne
Redmond, WA 98052


Resurgent Capital Services LP
c/o Central Portfolio Control, Inc.
6640 Shady Oak Road, #300
Eden Prairie, MN 55344


Resurgent Capital Services LP
c/o Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


Resurgent Capital Services LP
c/o Academy Collection Service Inc.
P.O. Box 16119
Philadelphia, PA 19114

Resurgent Capital Services, LP
c/o Financial Recovery Services Inc
P.O. Box 385908
Minneapolis, MN 55438


Retail Services
PO Box 17264
Baltimore, MD 21297


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Richard J. Boudreau & Assoc.
5 Industrial Way
Salem, NH 03079


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Sears / Citibank SD
Sears Premier Card
P.O. Box 6189
Sioux Falls, SD 57117

Sears / Citibank SD
Sears Charge Plus
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
Sears Premier Card
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
Sears Gold MasterCard
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
Sears Gold MasterCard
P.O. Box 6189
Sioux Falls, SD 57117


Sears / Citibank SD
Po Box 6189
Sioux Falls, SD 57117


Sears / Sears Credit Cards
PO Box 183081
Columbus, OH 43218


Sears Credit Cards
PO Box 183081
Columbus, OH 43218


Sears Credit Cards
PO Box 183082
Columbus, OH 43218


Sentry Credit, Inc.
2809 Grand Avenue
Everett, WA 98201


Shell / Citi
Po Box 6497
Sioux Falls, SD 57117

Simm Associates, Inc.
P.O. Box 7526
Newark, DE 19714


Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154


The Home Depot / Citibank SD
Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265


The Home Depot / Citibank SD
Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265


The Home Depot / Citibank SD
Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265


The Home Depot / Citibank SD
Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265


Tiburon Financial L.L.C.
218A S. 108th Avenue
Omaha, NE 68154


U.S. Bank
U.S. Bank - FCPT
P.O. Box 2188
Oshkosh, WI 54903


U.S. Bank
c/o Audit Systems Inc.
3696 Ulmerton Road, Ste. 200
Clearwater, FL 33762

U.S. Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301

U.S. Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, #1300
Chicago, IL 60602

U.S. Cellular
c/o Afni, Inc.
404 Brock Drive, P.O. Box 3517
Bloomington, IL 61702

U.S. Cellular
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

U.S. Cellular
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 43614

United Collection Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614

Unvl / Citi
P.O. Box 6241
Sioux Falls, SD 57117

US Cellular / Chicago
c/o Account Recovery Service, Inc.
3031 N. 114th Street
Milwaukee, WI 53222

US Cellular/Chicago/NW IN 869
c/o Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842

Veolia Environmental Services
4612 W. Lake Street
Melrose Park, IL 60160


Veolia ES Solid Waste Midwest, Inc.
c/o Receivable Management Services
PO Box 6484
Carol Stream, IL 60197


Village of Lombard, Illinois
Utility Billing Division
255 E. Wilson Avenue
Lombard, IL 60148


Village of Melrose Park, Illinois
Building Department
1000 N. 25th Avenue
Melrose Park, IL 60160


Village of Melrose Park, Illinois
1000 N. 25th Avenue
Melrose Park, IL 60160


Visdsnb
9111 Duke Blvd
Mason, OH 45040


Washington Mutual
c/o GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Washington Mutual
PO Box 9001123
Louisville, KY 40290


Washington Mutual
PO Box 9001123
Louisville, KY 40290


Washington Mutual
PO Box 9001123
Louisville, KY 40290

Washington Mutual
PO Box 78065
Phoenix, AZ 85062


Washington Mutual
PO Box 9001123
Louisville, KY 40290


Washington Mutual
PO Box 44016
Jacksonville, FL 32231


Washington Mutual Bank
c/o Fisher & Shapiro, LLC
2121 Waukegan Road, #301
Deerfield, IL 60015


Waste Management
Waste Management of Illinois
PO Box 4648
Carol Stream, IL 60197


Waste Management Residential
c/o Receivable Management Services
4836 Brecksville Road
Richfield, OH 44286


Wells Fargo Bank
Po Box 5445
Portland, OR 97228


Wells Fargo Bank NV NA
PO Box 31557
Billings, MT 59107


Wells Fargo Bank NV NA
PO Box 31557
Billings, MT 59107


Wells Fargo Bank, N.A.
c/o Snyder, Park and Nelson, P.C.
1600 4th Avenue, PO Box 3700
Rock Island, IL 61204

Wells Fargo Bank, N.A.
101 N. Phillips Avenue
Sioux Falls, SD 57104


Wells Fargo Bank, N.A.
PO Box 54780
Los Angeles, CA 90054


Wells Fargo Bank, N.A.
PO Box 54780
Los Angeles, CA 90054


Wells Fargo Bank, N.A.
PO Box 54780
Los Angeles, CA 90054


Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701


Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701


Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701


Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113

```
Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
175 South 3rd Street, Ste. 900
Columbus, OH 43215


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113
```

```
Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
175 South 3rd Street, Ste. 900
Columbus, OH 43215


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


Weltman, Weinberg & Reis Co.
323 W. Lakeside Avenue
Suite 200
Cleveland, OH 44113


WFNNB / Dress Barn
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Eddie Bauer
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Express / Structure
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Harlem Furniture -RoomPlace
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


WFNNB / Harlem Furniture -RoomPlace
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218
```

```
WFNNB / Victoria's Secret
WFNNB - Bankruptcy Department
P.O. Box 182125
Columbus, OH 43218


Zebrowska, Bogumila
8549 Grand Avenue, Apt. #2E
River Grove, IL 60171
```